

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271-A Cadman Plaza East*
*Brooklyn, New York  11201*

May 17, 2024

By ECF

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States of America v. Jonathan Goulbourne,*
       No. 22-cr-106 (LDH)

Dear Judge DeArcy Hall:

  This letter is respectfully submitted on behalf of the Metropolitan Detention Center (MDC) in accordance with Your Honor's Order dated May 7, 2024, directing the filing of a letter regarding the status of the five witnesses whom the Court has directed to appear at the evidentiary hearing that was adjourned to May 23, 2024. Representation by the Department of Justice (DOJ) in this matter has been approved for all five witnesses: Assistant Health Services Administrator Blake Glucksnis, BA, NRP; Clinical Director Bruce Bialor, M.D.; Staff Attorney Elizabeth Lynch; Lieutenant Stedman Ferguson; and Marilyn Garcia, R.N. They, and the MDC, will be represented by the undersigned Assistant U.S. Attorneys at the hearing.

            Respectfully submitted,

            BREON PEACE
            UNITED STATES ATTORNEY

    By: *s/*_____
       RICHARD K. HAYES
       Chief, Civil Division
       (718) 254-6050
       richard.hayes@usdoj.gov
       DARA A. OLDS
       Deputy Chief, Civil Division
       (718) 254-6148
       dara.olds@usdoj.gov
       KATHLEEN A. MAHONEY
       Senior Litigation Counsel
       (718) 254-6026
       kathleen.mahoney@usdoj.gov

cc: By email
      Counsel of Record