# EXHIBIT D

```
NAME: GOULBOURNE,JONATHAN              AREA: BROOKLYN III
NYSID:                            SPO NAME: TAYLOR,PAUL
DIN:  ████                         PO NAME: MELHADO,GODFREY
```

| DATE | TIME | TYPE | ACTIVITY | LOCATION |
|------|------|------|----------|----------|

ENTERED BY:
01/14/2019 04:30AM COMPAS BC REVIEW
PO AND COMPAS RECOMMENDS LOWERING LEVEL. LEVEL LOWERED TO A 4.
SPO REVIEW: NONE
--------------------------------------------------------------------
ENTERED BY:
01/14/2019 04:30AM COMPAS PO REVIEW
SPO REVIEW: NONE
--------------------------------------------------------------------
ENTERED BY:
01/14/2019 04:30AM COMPAS CSR COMPLETED
SCREENER: GODFREY MELHADO
LOCATION: BROOKLYN I - V
SPO REVIEW: NONE
--------------------------------------------------------------------
ENTERED BY: TAYLOR,PAUL D
REPORT TAKEN BY: TAYLOR,PAUL
11/29/2018 07:00PM SUPV STANDARDS CONFERENCE
CONTACT ADDRESS: 15 SECOND AVENUE ,BKLYN
CASE CONFERENCE
PO WILL ENSURE THAT THIS CASE IS SUPERVISED AS PER COMPAS LEVEL STANDARDS.
SPO REVIEW: 11/30/2018
--------------------------------------------------------------------
ENTERED BY: MELHADO,GODFREY R
11/27/2018 04:18PM COMPAS CSR COMPLETED
COMPAS COMPLETED. PO MELHADO RECOMMENDS P STAY AT HIS CURRENT LEVEL. P WILL BE
DISCHARGED 02/19.
SPO REVIEW: NONE
--------------------------------------------------------------------
ENTERED BY: MELHADO,GODFREY R
11/15/2018 03:42PM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                             CURFEW DISCUSSED
NRD:02/04/19@ 10:00AM P WILL REPORT ON 02/04/19 HIS HIS MAX DATE. P REPORTED NO
 ISSUES OR CONCERNS. P IS STILL AT HIS APPROVED RESIDENCE. P IS EMPLOYED. P STA
TED NO POLICE CONTACT. P HAS PENDING COURT CASES.
SPO REVIEW: 12/03/2019
--------------------------------------------------------------------
ENTERED BY: TAYLOR,PAUL D
REPORT TAKEN BY: TAYLOR,PAUL
10/30/2018 07:00PM OTHER VISIT W/OTHER
CONTACT ADDRESS: 15 SECOND AVENUE,BROOKLYN,NY
CASE CONFERENCE.
SPO REVIEW: 10/31/2018
--------------------------------------------------------------------
ENTERED BY: MELHADO,GODFREY R
10/28/2018 08:30PM HOME VISIT W/PAROLEE
CONTACT ADDRESS: 760 E 45TH ST#BASEMENT,BROOKLYN,11212
PO MELHADO CONDUCTED A HOME VISIT. P'S APRTMENT IS IN THE BASEMENT. IN THE REAR
 OF THE HOUSE IS THE ENTRANCE. P REPORTED NO ISSUES OR CONCERNS. P STATED NO PO
LICE CONTACT.
SPO REVIEW: NONE
--------------------------------------------------------------------

```
  NAME: GOULBOURNE,JONATHAN              AREA: BROOKLYN III
  NYSID:                            SPO NAME: TAYLOR,PAUL
   DIN:                             PO NAME: MELHADO,GODFREY


  DATE        TIME    TYPE                    ACTIVITY        LOCATION
```

ENTERED BY: MELHADO,GODFREY R
AREA: BROOKLYN III   SPO NAME: ADAMS,CATHERINE   PO NAME: MELHADO,GODFREY
08/23/2018 12:35PM OFFICE REPORT W/PAROLEE      REVIEWED CONDITI
                                                CURFEW DISCUSSED
NRD:11/15/18a0600PM P WAS GIVEN AN APPOINTMENT SLIP.P WAS DIRECTED TO REPORT TO
 15 SECOND AVE, BROOKLYN AREA OFFICE. PO MELHADO CHECKED CMS. P WAS ENTITLED TO
 VOTERS PARDON. HIS FORMER PO DID NOT PROVIDE IT. PO MELHADO DOESNT HAVE COPY D
UE TO THIS CASE BEING TRANSFERRED FROM THE BRONX. P LIVES IN A FURNISHED ROOM.
P WORKS IN BUILDING MAINTENANCE. P HAS PENDING FAMILY COURT CASE FOR CHILD SUPP
ORT. P HAS NO PENDING CRIMIAL CASE. P IS NOT PENDING A DRUG TEST, HOWEVER HE HA
SNT PROVIDED A DIRTY URINE. P COMPLETED ANGER MANAGEMENT PROGRAM. P HAS BEEN EM
PLOYED FOR 5 MONTHS. HE HAS SIX CHILDREN WITH TWINS ON THE WAY. P DIRECTED TO R
EPORT ALL POLICE CONTACT.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: DANDRIDGE,SHANAVIA N
AREA: BROOKLYN III   SPO NAME: TAYLOR,PAUL      PO NAME: DANDRIDGE,SHANAVIA
08/16/2018 01:37PM OFFICE REPORT W/PAROLEE
SUBJECT REPORTED AS DIRECTED. SUBJECT STATED THAT HE RESIDES AT 760 E 45TH STRE
ET, BROOKLYN, NY. SUBJECT'S PHONE NUMBER          . SUBJECT STATED THAT HE WORKS
 AT NYC OFFICE SUITES.SUBJECT COMPLETED ANGER MANGMENT. SUBJECT REPORTED TO THE
 OFFICE WITH BMW CAR KEYS IN HIS POSSESSION AND NO LICENCE. PO DANDRIDGE, GUIDE
N, COUNCIL AND PRESSLEY SEARCHED THE VACINITY BUT WAS UNABLE TO LOCATE THEVEHIC
LE. SUBJECT IS NOT AWARE OF WHO OWNS THE VEHICLE. SUBJECT ADVISED TO CONTACT PO
 DANDRIDGE WITH THE NAME AND INFORMATION OF THE INDIVUSL WHO OWNS THEY CAR, SO
THAT THEY CAN COM ETO 12 2ND AVE, BROOKLYN, NY AND RETRIEVE THE KEYS. NRD 8/23/
18 TO MEET WITH PO MELHADO.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: DANDRIDGE,SHANAVIA N
AREA: BROOKLYN III   SPO NAME: TAYLOR,PAUL      PO NAME: DANDRIDGE,SHANAVIA
08/16/2018 01:30PM CASE CONFERENCE
CASE CONFRENCED WITH SPO TAYLOR, CASE TO BE TRANSFFERED TO PO MELHADO, AS SUBJE
CT RESIDES IN THE CONFINES OF THE 67TH PRECINCT.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: TAYLOR,PAUL D
AREA: BROOKLYN III   SPO NAME: TAYLOR,PAUL      PO NAME: DANDRIDGE,SHANAVIA
REPORT TAKEN BY: TAYLOR,PAUL
07/31/2018 03:00PM SUPV STANDARDS CONFERENCE
CONTACT ADDRESS: 15 SECOND AVENUE,BK
PO WILL SUPERVISE THIS CASE AS PER COMPAS LEVEL STANDARDS.
SPO REVIEW: 07/31/2018
--------------------------------------------------------------------------------
ENTERED BY: SKYERS,MARIE
AREA: BRONX V      SPO NAME: RANDOLPH,MARCELLUS  PO NAME: SKYERS,MARIE
07/23/2018 09:20AM OFFICE REPORT W/PAROLEE    PHOTO TAKEN
SUBJECT REPORTED AS DIRECTED. SUBJECT DENIED POLICE CONTACT AND SUBSTANCE ABUSE
AS PER SUB, NO CHANGES TO HIS ADDDRESS OR TELEPHONE NUMBER. SUBJECT WAS
GIVEN THE CONTACT INFORMATION FOR FOR PO DANDRIGE AND THE NRD DATE. NRD 8-16-18
WHICH WAS GIVEN TO SUBJECT.
SPO REVIEW: NONE
--------------------------------------------------------------------------------

```
NAME: GOULBOURNE,JONATHAN                    AREA: BROOKLYN III
NYSID:                                   SPO NAME: TAYLOR,PAUL
  DIN: ▓▓▓▓▓                             PO NAME: MELHADO,GODFREY
```

DATE _____ TIME ___ TYPE _____  ACTIVITY _____  LOCATION _____

ENTERED BY: ADAMS,CATHERINE
AREA: BRONX V        SPO NAME: RANDOLPH,MARCELLUS  PO NAME: SKYERS,MARIE
07/16/2018 02:48PM OTHER WORK
PLEASE TAKE PHOTO BEFORE SUBJECT MAKES OFFICE REPORT TO BK03
ON 8/16/18 BEFORE 7PM TO PO DANDRIDGE #0381/SPO TAYLOR #0100 TO
15 2ND AVE., BKLYN 11215
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: SKYERS,MARIE
AREA: BRONX V        SPO NAME: RANDOLPH,MARCELLUS  PO NAME: SKYERS,MARIE
07/12/2018 10:16AM TRANSFER SUMMARY
SUBJECT NO LONGER LIVES IN THE BRONX. HE CURRENTLY LIVES IN BROOKLYN.  SUBJECT
IS ALSO EMPLOYED.    SUBJECT COMPLETED ANGER MANAGEMENT AT NETWORK.  SUBJECT'S
LAST TOXIOLCOGY SCREENING WAS NEGATIVE.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: SKYERS,MARIE
AREA: BRONX V        SPO NAME: RANDOLPH,MARCELLUS  PO NAME: SKYERS,MARIE
07/11/2018 05:34AM HOME VISIT W/PAROLEE        CURFEW
PO SKYERS AND RIVERA VISITED SUBJECT'S HOME. SUBJECT WAS SEEN. HE DIDNOT REPORT
ANY ISSUES OR CONCERN. SUBJECT REPORTED HE IS ON HIS WAY TO WORK.
PO SKYERS TOLD SUBJECT HE WILL BE TRANSFER TO A BROOKLYN PAROLE OFFICER.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: SKYERS,MARIE
AREA: BRONX V        SPO NAME: RANDOLPH,MARCELLUS  PO NAME: SKYERS,MARIE
06/28/2018 11:07AM TELEPHONE TO PAROLEE
WRITER SPOKE TO SUBJEC AND HE REPORTED HE MOVED ON 6-22-18. HE ALSO REPORTED
HE PROVIDED HIS NEW ADDRESS TO HIS FORMER PO.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: SKYERS,MARIE
AREA: BRONX V        SPO NAME: RANDOLPH,MARCELLUS  PO NAME: SKYERS,MARIE
06/28/2018 07:30AM HOME VISIT W/OTHER
CONTACT ADDRESS: 1851 PHELAN PL#3D2,BRONX,10453
PO SKYERS AND PO RIVERA VISITED SUBJECT'S LAST APPROVED RESIDENCE AND SPOKE TO
A STAFF WHO REPORTED SUBJECT MOVED OUT THE SHELTER A FEW DAYS AGO.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: SKYERS,MARIE
AREA: BRONX V        SPO NAME: RANDOLPH,MARCELLUS  PO NAME: SKYERS,MARIE
06/19/2018 12:00PM OTHER WORK
SUBJECT WAS ASSIGNED TO WRITER ON 6-19-18.
SPO REVIEW: NONE
--------------------------------------------------------------------------

CMSCHRON* * *         NEW YORK STATE - DOCCS         * * *         DATE: 11/04/2022
                     COMMUNITY SUPERVISION                          PAGE:     4
                     PAROLEE CHRONO REPORT
                  FROM 01/01/1999 THRU 11/04/2022

  NAME: GOULBOURNE,JONATHAN                    AREA: BROOKLYN III
  NYSID:                                   SPO NAME: TAYLOR,PAUL
  DIN:  ▮▮▮▮▮▮                             PO NAME: MELHADO,GODFREY


DATE_____TIME___TYPE_____ACTIVITY_____LOCATION____

ENTERED BY: BOUCK,JENNIFER
AREA: BRONX V        SPO NAME: CAMPBELL,RONNITA    PO NAME: BOUCK,JENNIFER
05/15/2018 09:06AM OFFICE REPORT W/PAROLEE     CURFEW DISCUSSED
                                               REVIEWED CONDITIONS
                                               URINE/DRUG NEGATIVE
SUBJECT REPORTED AS DIRECTED.  SUBJECT WAS QUESTIONED ABOUT HIS RESIDENCE, AS P
O WAS PREVIOUSLY INFORMED THAT SUBJECT OFTEN ENTERS SHELTER AFTER CURFEW HOURS.
 SUBJECT INDICATED THAT THIS IS DUE TO HIS WORK SCHEDULE.  SUBJECT REMAINS EMP
LOYED AND BEGINS WORK AT 8AM AND STATED HE OFTEN FINISHES AT 10PM.  SUBJECT WAS
 DIRECTED TO PROVIDE PAYSTUB ON NEXT REPORT DATE.  SPECIAL CONDITIONS REVIEWED
WITH SUBJECT AND HE INDICATED HE UNDERSTOOD SUCH.  SUBJECT DENIES ANY POLICE CO
NTACT OR DRUG USE.  DRUG TEST NEGATIVE FOR DRUG USE.  NRD 8/7/2018
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: BOUCK,JENNIFER
AREA: BRONX V        SPO NAME: CAMPBELL,RONNITA    PO NAME: BOUCK,JENNIFER
05/10/2018 08:51AM OTHER WORK
CASE ADMINISTRATIVELY TRANSFERRED TO PO ON 4/30/2018.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: BOUCK,JENNIFER
AREA: BRONX V        SPO NAME: CAMPBELL,RONNITA    PO NAME: BOUCK,JENNIFER
05/07/2018 10:04AM TELEPHONE TO PAROLEE
PO CONTACTED SUBJECT AND LEFT VOICEMAIL DIRECTING HIM TO REPORT FOR OFFICE VISI
T ON 5/15/2018.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: BOUCK,JENNIFER
AREA: BRONX V        SPO NAME: CAMPBELL,RONNITA    PO NAME: BOUCK,JENNIFER
05/04/2018 09:06AM HOME VISIT W/OTHER
CONTACT ADDRESS: 1851 PHELAN PL#3D2,BRONX,10453
HOME VISIT ATTEMPTED AT 1851 PLELAN PLACE, BRONX, NY.  SUBJECT WAS NOT PRESENT
AT THE TIME.  PO SPOKE WITH CASE MANAGER WHO INDICATED THAT HE SIGNED OUT AT 6:
20AM.  MS. BIBB (CASE MANAGER) ALSO NOTED THAT THE SUBJECT OFTEN MISSES NIGHTS
AT THE SHELTER OR LEAVES.  PO WILL DISCUSS SUCH WITH SUBJECT ON NEXT REPORT DAT
E.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: CAMPBELL,RONNITA L
AREA: BRONX V        SPO NAME: CAMPBELL,RONNITA    PO NAME: BOUCK,JENNIFER
REPORT TAKEN BY: CAMPBELL,RONNITA
05/03/2018 09:45AM SUPV STANDARDS CONFERENCE
WITH PO BOUCK
PO INFORMED THAT THIS WILL BE NEW TRANSFER. UPON INITILA OP, PO ID DIRECTED TO
REVIEW PAROLE CONDITIONS, IMPOSE SPECIAL CONDITIONS,CONDUCT DRUG TEST, CONDUCT
HVP AND EVP IN ORDER TO VERIFY AND SUPERVISE ACCORDNG TO COMPAS LEVEL FOUR STAN
DARDS
SPO REVIEW: 05/07/2018
------------------------------------------------------------------------------

CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *        DATE: 11/04/2022
                           COMMUNITY SUPERVISION                    PAGE:     5
                            PAROLEE CHRONO REPORT
                       FROM 01/01/1999 THRU 11/04/2022

 NAME: GOULBOURNE,JONATHAN                      AREA: BROOKLYN III
 NYSID:                                     SPO NAME: TAYLOR,PAUL
  DIN: ▓▓▓▓▓▓                                PO NAME: MELHADO,GODFREY


 DATE      TIME    TYPE                      ACTIVITY          LOCATION

ENTERED BY: WALLACE,MARGARET B
AREA: QUEENS III      SPO NAME: DIXON,MELINDA      PO NAME: WALLACE,MARGARET
04/24/2018 02:30PM TRANSFER SUMMARY
 SUBJECT IS RESIDING IN THE CONFINEMENT OF THE 46 PCT LOCATED AT 1851 PHELAN PL
 BRONX NY RM-3E02. SUBJECT IS WORKING FULLTIME FOR CHEF ACTIVE STAFFING.
ALL MANDATED PROGRAM HAS BEEN COMPPLETED.
NO ISSUSES TO REPORT.
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: WALLACE,MARGARET B
AREA: QUEENS III      SPO NAME: DIXON,MELINDA      PO NAME: WALLACE,MARGARET
04/22/2018 12:25PM HOME VISIT W/OTHER
CONTACT ADDRESS: 1851 PHELAN PL#3D2,BRONX,10453
VISIT WAS MADE TO THE APPROVED ADDRESS AT 1851 PHELAN PL BRONX NY RM#3E02
PHELAN MEN'S SHELTER. STAFF CHECKED THE SIGN IN/OUT LOG AND STATE SUBJECT SING
OUT TODAY AT 7:05AM. STAFF STATE SUBJECT SHOULD BE HERE TILL HE FINE AN APARTME
NT.
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: WALLACE,MARGARET B
AREA: QUEENS III      SPO NAME: DIXON,MELINDA      PO NAME: WALLACE,MARGARET
03/19/2018 11:00AM TELEPHONE FROM OTHER
SUBJECT CALLED AND STATE THAT HIS SHELTER MOVED HIM ON 3/16/18 TO 1851 PHELAN P
L. BX NY 10453 RM# 3D2
SPO REVIEW: 04/19/2018
-------------------------------------------------------------------------------
ENTERED BY: DIXON,MELINDA
AREA: QUEENS III      SPO NAME: DIXON,MELINDA      PO NAME: WALLACE,MARGARET
03/08/2018 12:12PM SUPV STANDARDS CONFERENCE
 SUPERVISE AS PER STANDARDS, MONITOR PAYMENT OF PARKING TICKET IN NASSAU COUNT
Y, ENCOURAGE EMPLOYMENT, VERIFY PROGRAM STATUS AND COMPLIANCE.
SPO REVIEW: 03/08/2018
-------------------------------------------------------------------------------
ENTERED BY: WALLACE,MARGARET B
AREA: QUEENS III      SPO NAME: PO,UNK MARTINEZ      PO NAME: WALLACE,MARGARET
02/26/2018 02:30PM OFFICE REPORT W/PAROLEE
SAME ADDRESS, NO POLICE CONTACT, NO DRUG USE. SUBJECT STATE THAT HE HAS A PARKI
NG TICKET IN LONG ISLAND AND WOULD LIKE TO PAY IT, SUBJECT WAS TOLD TO TEXT THE
 DATE HE WILL BE PAYING THE TICKET. NO ISSUSES TO REPORT. NRD-5/21/18
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: PEREZ,MALEISHA
AREA: QUEENS III      SPO NAME: PO,UNK MARTINEZ      PO NAME: WALLACE,MARGARET
REPORT TAKEN BY: PEREZ,MALEISHA
02/15/2018 08:26PM HOME VISIT W/PAROLEE        CURFEW
CONTACT ADDRESS: 95-65 TUCKERTON ST,JAMAICA,11432
P WAS HOME DURING CURFEW HOURS, VISIT WAS WITH PO SANDERS.
SPO REVIEW: NONE
-------------------------------------------------------------------------------

```
NAME: GOULBOURNE,JONATHAN                    AREA: BROOKLYN III
NYSID:                                   SPO NAME: TAYLOR,PAUL
  DIN:                                    PO NAME: MELHADO,GODFREY
```

DATE_____TIME___TYPE_____ACTIVITY_____LOCATION__

ENTERED BY: SANDERS,ALESCIA N
AREA: QUEENS III     SPO NAME: PO,UNK MARTINEZ     PO NAME: WALLACE,MARGARET
02/13/2018 10:28AM TELEPHONE TO PAROLEE
SUB TOLD TO REPORT ON 02/26/18
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: CHUNG,ROGER A
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA     PO NAME: WALLACE,MARGARET
REPORT TAKEN BY: CHUNG,ROGER
01/22/2018 05:23PM CASE CONFERENCE                          AREA OFFICE
 DHS HOTEL, WEAPONS HISTORY, EMPLOYED, FEES DISCUSSED, COMPLETED NETWORK, NO PR
OBLEMS, HV AND DRUG TEST.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: OSOUNA,LINDSY A
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA      PO NAME: WALLACE,MARGARET
11/13/2017 12:06PM OFFICE REPORT W/PAROLEE   REVIEWED CONDITI  AREA OFFICE
                                             CURFEW DISCUSSED
                                             URINE/DRUG NEGATIVE
SUBJECT REPORTED AS DIRECTED. SAME ADDRESS ANF CONTACT INFO ON FILE. DENIES ANY
DRUG OR ALCOHOL USE. DENIES ANY LAW ENFORCEMENT CONTACT. SUBJECT PROVIDED CONF#
78529272 FOR SUPERVISION FEE PAYMENT FOR SEPT, OCT AND NOV. P PROVIDED COPY OF
HIS PAYSTUB. UPDATED EMPLOYMENT SCREEN. SUBJECT DID NOT PROVIDE DRIVERS ABSTRAC
T. DENIES ANY ISSUES TO REPORT. URINE NEGATIVE, 6 PANEL OBSERVED BY PO MARTINEZ
REPORT TAKEN BY PO OSOUNA # 133
NRD 2/19/18 6PM
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: BRYANT,BRENDA
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA     PO NAME: WALLACE,MARGARET
10/31/2017 04:18PM CASE CONFERENCE
        W/ P.O WALLACE. DRUG/ALCOHOL TEST IS OVERDUE/. UPDATE PROGRAM SCREEN. ST
ILL WORKING OFF THE BOOKS. ENCOURAGE TO SEEK ON THE BOOKS EMPLOYMENT.
SPO REVIEW: 10/31/2017
--------------------------------------------------------------------------------
ENTERED BY: WALLACE,MARGARET B
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA     PO NAME: WALLACE,MARGARET
10/24/2017 10:15PM HOME VISIT W/PAROLEE        CURFEW
CONTACT ADDRESS: 95-65 TUCKERTON ST,JAMAICA,11432
SUBJECT SEEN AT HIS APPROVED ADDRESS, VISIT MADE WITH PO SANDERS
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY:
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA     PO NAME: WALLACE,MARGARET
10/20/2017 04:01AM COMPAS BC REVIEW
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY:
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA     PO NAME: WALLACE,MARGARET
10/20/2017 04:01AM COMPAS PO REVIEW
SPO REVIEW: NONE
--------------------------------------------------------------------------------

CMSCHRON* * *                NEW YORK STATE  DOCCS        * * *        DATE: 11/04/2022
                          COMMUNITY SUPERVISION                         PAGE:    7
                            PAROLEE CHRONO REPORT
                     FROM 01/01/1999 THRU 11/04/2022

   NAME: GOULBOURNE,JONATHAN                    AREA: BROOKLYN III
   NYSID:                                   SPO NAME: TAYLOR,PAUL
    DIN:                                     PO NAME: MELHADO,GODFREY

  DATE      TIME   TYPE                      ACTIVITY          LOCATION

  ENTERED BY:
  AREA: QUEENS III      SPO NAME: BRYANT,BRENDA      PO NAME: WALLACE,MARGARET
  10/20/2017 04:01AM COMPAS CSR COMPLETED
  SCREENER: MARGARET WALLACE
  LOCATION: QUEENS I - III
  SPO REVIEW: NONE
  ------------------------------------------------------------------------------
  ENTERED BY: WALLACE,MARGARET B
  AREA: QUEENS III      SPO NAME: BRYANT,BRENDA      PO NAME: WALLACE,MARGARET
  10/07/2017 10:30AM HOME VISIT W/OTHER
  CONTACT ADDRESS: 95-65 TUCKERTON ST,JAMAICA,11432
  SUBJECT WAS NOT HOME AT TIME OF VISIT, STAFF STATE THAT HE WENT TO WORK AND IS
  IN ROOM 505.
  SPO REVIEW: NONE
  ------------------------------------------------------------------------------
  ENTERED BY: WALLACE,MARGARET B
  AREA: QUEENS III      SPO NAME: BRYANT,BRENDA      PO NAME: WALLACE,MARGARET
  08/14/2017 11:20AM OFFICE REPORT W/PAROLEE      CURFEW DISCUSSED
                                                  FEES PAID
  SAME ADDRESS, NO POLICE CONTACT, NO DRUG USE.SUBJECT STILL WORKING AND WILL SEN
  D A PHOTO OF HIS PAY STUB. SUBJECT SUBMITTED HIS COMFIRMATION NUMBER FOR PAYING
   HIS SUPERVISION FEE MAY,JUNE,JULY AND AUGUST 2017. SUBJECT REQUESTED TO GET HI
  S DRIVER LICENSE AND WAS TOLD THAT HE WILL NEED TO SUBMITTED A COPY OF HIS VEHI
  CLE ABSTRACT. NO ISSUSES TO REPORT. NRD-11-13-17
  SPO REVIEW: NONE
  ------------------------------------------------------------------------------
  ENTERED BY: BRYANT,BRENDA
  AREA: QUEENS III      SPO NAME: BRYANT,BRENDA      PO NAME: WALLACE,MARGARET
  07/12/2017 12:38PM CASE CONFERENCE
        CC W/ P.O WALLACE. REMAINS VERIFIABLY EMPLOYED. ENCOURAGE P TO PAY HIS SU
  PERVISION FEE. RECEIVES FOOD STAMPS FROM HRA.
  SPO REVIEW: 07/12/2017
  ------------------------------------------------------------------------------
  ENTERED BY: WALLACE,MARGARET B
  AREA: QUEENS III      SPO NAME: BRYANT,BRENDA      PO NAME: WALLACE,MARGARET
  07/09/2017 10:45AM HOME VISIT W/PAROLEE
  CONTACT ADDRESS: 95-65 TUCKERTON ST,JAMAICA,11432
  SUBJECT WAS SEEN AT HIS APPROVED ADDRESS, ON HIS WAY TO CHURCH
  SPO REVIEW: NONE
  ------------------------------------------------------------------------------
  ENTERED BY: WALLACE,MARGARET B
  AREA: QUEENS III      SPO NAME: BRYANT,BRENDA      PO NAME: WALLACE,MARGARET
  07/07/2017 11:15AM HOME VISIT W/OTHER
  CONTACT ADDRESS: 95-65 TUCKERTON ST,JAMAICA,11432
  SUBJECT NOT HOME AT TIME OF HOME VISIT
  SPO REVIEW: NONE
  ------------------------------------------------------------------------------

```
CMSCHRON* * *     NEW YORK STATE - DOCCS        * * *    DATE: 11/04/2022
                  COMMUNITY SUPERVISION                   PAGE:    8
                  PAROLEE CHRONO REPORT
             FROM 01/01/1999 THRU 11/04/2022
```

```
NAME: GOULBOURNE,JONATHAN                    AREA: BROOKLYN III
NYSID:                                   SPO NAME: TAYLOR,PAUL
DIN:                                      PO NAME: MELHADO,GODFREY
```

```
DATE      TIME    TYPE                      ACTIVITY        LOCATION
```

ENTERED BY: WALLACE,MARGARET B
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA     PO NAME: WALLACE,MARGARET
05/15/2017 10:00AM OFFICE REPORT W/PAROLEE     CURFEW DISCUSSED
                                               FEES PAID
SAME ADDRESS, 95-65 TUCKERTON ST JAMAICA NY RM-505, NO POLICE CONTACT, NO DRUG
USE. ALL AMNDATED PROGRAMS ARE COMPETED. SUBJECT STATED HE PAID HIS SUPERVION
AND SUBMITTED A COMUFIMTION NUMBER OF 72149943 IN THE AMOUNT OF $30.00 ON 5-12-
17. SUBJECT WAS GIVEN PERMISSION TO ATTEND HIS BABY SHOWER ON 5-20-17 WITH HIS
GIRLFRIEND-                      LOCATED AT 1271 JEFFERSON AVE BROOKLYN NY FROM-3PM
TO 11PM.
NRD-8-14-17
SPO REVIEW: 10/31/2017
-------------------------------------------------------------------------
ENTERED BY: WALLACE,MARGARET B
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA     PO NAME: WALLACE,MARGARET
05/11/2017 09:00PM HOME VISIT W/PAROLEE          CURFEW
CONTACT ADDRESS: 95-65 TUCKERTON ST,JAMAICA,11432
SUBJECT SEEN AT HIS APPROVED ADDRESS, VISIT MADE WITH PO SANDERS.
SPO REVIEW: 10/31/2017
-------------------------------------------------------------------------
ENTERED BY: WALLACE,MARGARET B
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA     PO NAME: WALLACE,MARGARET
04/10/2017 12:30PM OFFICE REPORT W/PAROLEE     CURFEW DISCUSSED
                                               FEES DISCUSSED
                                               PAR GRIEV
                                               URINE/DRUG NEGATIVE
SUBJECT IS A NEW TRANSFER FROM BROOKLYN OFFICE AND IS RESIDING AT DAYS INN-95-6
5 TUCKERTON ST JAMAICA NY RM-505. SUBJECT STATE THAT HE'S WORKING OFF THE BOOKS
FOR CAPS UNIVERSAL INC., AND IS PART OF THE FILM CREW AND IS WORKING 12 HOURS S
HIFT. SUBJECT WAS TOLD THAT HE CAN NOT WORK OFF THE BOOKS AND HE MUST WORKING D
URING HIS CURFEW HOURS OR BE PUT ON THE BOOKS.
SUBJECT STATE THAT HIS GIRLFRIEND-               IS HAVING A BABY AND SHE'S D
UE ON 6-20-17 AND THEY ARE PLANING A BABY SHOWER ON 5-20-17 AND HE WOULD LIKE T
O BE ABLE TO ATTEND. SUBJECT WAS TOLD TO BRING IN THE INVITE ON THE NEXT REPORT
 DATE.                           AND SHE ALSO LIVING IN A SHELTER.
SUBJECT IS GETTING FOOD STAMPS IN THE AMOUNT OF $197 AND IS LIVING IN THE SHELT
ER. WEN
WENT OVER ALL SPECIAL CONDITION, CURFEW-9PM TO 7AM SEVEN DAYS AWEEK.
SUBJECT WAS GIVEN FORM TO PAY HIS SUPERVION FEE AND THE GRIEVANCE WAS GIVEN.
SUBJECT STATE THAT ALL MANDATED PROGRAM WERE COMPLETED.
SUBJECT WILL BRING IN PAY STUB, PROOF HE PAID HIS FEE AND SHOWER INVITE.
NRD-5-15-17
SPO REVIEW: 06/29/2017
-------------------------------------------------------------------------
ENTERED BY: BRYANT,BRENDA
AREA: QUEENS III     SPO NAME: BRYANT,BRENDA     PO NAME: WALLACE,MARGARET
03/22/2017 11:40AM CASE CONFERENCE
  CC W/ P.O WALLACE. RECENTLY RECEIVED TRANSFER. EFFECTIVE TRANSFER DATE IS 4-1
0-17..
SPO REVIEW: 03/25/2017
-------------------------------------------------------------------------
```

CRSCHRON* * * * NEW YORK STATE - DOCCS * * *     DATE:  11/04/2022
                  COMMUNITY SUPERVISION                PAGE:      9
                  PAROLEE CHRONO REPORT
               FROM 01/01/1999 THRU 11/04/2022


NAME: GOULBOURNE,JONATHAN                   AREA: BROOKLYN III
NYSID:                                 SPO NAME: TAYLOR,PAUL
  DIN:                                  PO NAME: MELHADO,GODFREY


DATE_____TIME___TYPE_____ACTIVITY_____LOCATION____

ENTERED BY: JONES,EBONY N
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
03/17/2017 12:11PM TELEPHONE TO PAROLEE
PO CONTACTED P AND INFORMED HIM THAT HE HAS BEEN TRANSFERRED TO THE QUEENS AREA
OFFICE. PO PROVIDED P WITH VERBAL INSTRUCTIONS TO REPORT AND TEXTED HIS CELL PH
ONE WITH HIS NEW REPORTING INSTRUCTIONS ALONG WITH HIS NEW PO/SPO NAMES AND OFF
ICE TELEPHONE NUMBER AND ADDRESS. P TEXTED AND CALLED PO BACK ACKNOWLEDGING THA
T HE RECIEVED THE REPORTING INSTRUCTIONS.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: ADAMS,CATHERINE
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
REPORT TAKEN BY: ADAMS,CATHERINE
03/16/2017 11:17AM LETTER TO OTHER
2ND REQUEST REMITTED
SPO REVIEW: 03/16/2017
-----------------------------------------------------------------------------
ENTERED BY: ADAMS,CATHERINE
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
REPORT TAKEN BY: ADAMS,CATHERINE
03/16/2017 11:16AM TRANSFER SUMMARY
NO ARREST OR EARLY DISCHARGE CONSIDERATION, HVP 2/2017, 2/2017 NEG TEST, PHOTO
TAKEN AND IN PROGRAM
SPO REVIEW: 03/16/2017
-----------------------------------------------------------------------------
ENTERED BY: ADAMS,CATHERINE
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
REPORT TAKEN BY: ADAMS,CATHERINE
03/08/2017 06:56AM OTHER WORK
CONTACT ADDRESS: 15 2ND AVE., BKLYN
UPDATED F14 FOR PO JONES
SPO REVIEW: 03/08/2017
-----------------------------------------------------------------------------
ENTERED BY: JONES,JASON H
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
02/18/2017 08:40AM HOME VISIT W/PAROLEE
CONTACT ADDRESS: 95-65,JAMAICA,11432
                   HOME VISIT POSITIVE CONDUCTED ON 2/18/17 TO NEW CASE ADDRESS
 95-65 TUCKERTON STREET, THE SUBJECT WAS PRESENT IN ROOM 504 NO ISSUES TO REPOR
T.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: ADAMS,CATHERINE
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
REPORT TAKEN BY: ADAMS,CATHERINE
02/11/2017 10:19AM CASE CONFERENCE                    AREA OFFICE
CONTACT ADDRESS: 15 2ND AVE., BKLYN
CONFERENCE DETAIL: UUPDATE F17 MOVED TO QNS THEN PREP FOR TRANSFER
NEEDS DRUG TEST

ACTION PLAN:NO ARREST, PHOTO TAKEN, NO EARLY RELEASES, AND UPDATE ANGER MGMT PR
OGRAM WITH NETWORK
SPO REVIEW: 02/13/2017
-----------------------------------------------------------------------------

```
CMSCHRON* * *    NEW YORK STATE - DOCCS        * * *    DATE: 11/04/2022
                 COMMUNITY SUPERVISION                  PAGE:    10
                 PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 11/04/2022
```

```
   NAME: GOULBOURNE,JONATHAN                   AREA: BROOKLYN III
   NYSID:                                  SPO NAME: TAYLOR,PAUL
   DIN:   ███████                           PO NAME: MELHADO,GODFREY
```

DATE _____ TIME __ TYPE _____ ACTIVITY _____ LOCATION _____

ENTERED BY: JONES,JASON H
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
02/07/2017 10:00AM OFFICE REPORT W/PAROLEE     GROUP SESSION     AREA OFFICE
                                               REVIEWED CONDITIONS
                                               CURFEW DISCUSSED
                                               URINE/DRUG NEGATIVE
                                               FEES DISCUSSED
             THE SUBJECT REPORTED TO GROUP REPORTING AT 210 JORALEMON STREE
T 3RD FLOOR ON 2/07/17. THE SUBJECT DENIES ANY L/E CONTACT AND STATES HIS ADDRE
SS REMAINS THE SAME AND HE'S GAINFULLY EMPLOYED VERIFIED BY RECENT PAYSTUB AND
HIS DRUG TEST ON 2/07/17 REVALED NEGATIVE RESULTS. THE SUBJECT SIGNED HIS SPECI
AL CONDITIONS AND NRD 06/06/17.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: JONES,JASON H
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
02/02/2017 09:30AM TELEPHONE FROM PAROLEE
             THE SUBJECT CALLED THE UNDERSIGNED OFFICER AND STATED HIS
NEW ADDRESS 95-65 TUCKERTON STREET, QUEENS NY LIBERTY AND STUPHIN BLVD.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: JONES,JASON H
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
12/18/2016 09:11AM HOME VISIT W/OTHER
CONTACT ADDRESS: 1322 BEDFORD AVE,BROOKLYN,112162926
             HOME VISIT OTHER WITH INTAKE WORKER AT 1322 BEDFORD ATLANTIC M
ENS SHELTER. AS PER INTAKE WORKER A PRINT OUT SHOWS THE SUBJECT NEW ADDRESS 501
NEW LOTS AVENUE.LINDEN MEN'S SHELTER.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: ADAMS,CATHERINE
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
REPORT TAKEN BY: ADAMS,CATHERINE
12/12/2016 08:32AM CASE CONFERENCE                              AREA OFFICE
CONTACT ADDRESS: 15 2ND AVE., BKLYN
CONFERENCE DETAIL:
UPDATE PROGRAM PARTICIPATION

ACTION PLAN:
SPO REVIEW: 12/12/2016
--------------------------------------------------------------------------------
ENTERED BY: JONES,JASON H
AREA: BROOKLYN IV     SPO NAME: ADAMS,CATHERINE     PO NAME: JONES,JASON
10/11/2016 10:00AM OFFICE REPORT W/PAROLEE     GROUP SESSION     AREA OFFICE
                                               REVIEWED CONDITIONS
                                               CURFEW DISCUSSED
                                               URINE/DRUG NEGATIVE
             THE SUBJECT REPORTED TO GROUP REPORTING AT 210 JORALEMON STREE
T 3RD FLOOR ON 10/11/16. THE SUBJECT DENIES ANY L/E CONTACT AND HE SIGNED HIS S
PECIAL CONDITIONS SHEET. THE SUBJECT DENIES ANY CHANGES TO CASE ADDRESS AND HOM
E PHONE SERVICE AT THIS TIME. THE SUBJECT NEXT REPORT DATE 02/07/17.
SPO REVIEW: 12/12/2016
--------------------------------------------------------------------------------
```

CMSCHRON* * *   NEW YORK STATE - DOCCS      * * *      DATE: 11/04/2022
                 COMMUNITY SUPERVISION                  PAGE:    11
                 PAROLEE CHRONO REPORT
               FROM 01/01/1999 THRU 11/04/2022

   NAME: GOULBOURNE,JONATHAN                    AREA: BROOKLYN III
   NYSID:                              SPO NAME: TAYLOR,PAUL
   DIN:  ████                          PO NAME: MELHADO,GODFREY

   DATE____TIME___TYPE_____ ACTIVITY_____LOCATION___

   ENTERED BY: SUTHERLAND,CARLA H
   AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
   09/13/2016 11:20AM OFFICE REPORT W/PAROLEE
   STATES SAME RESIDENCE BEDFORD ATLANTIC BED # 2032, STATES NO POLICE CONTACT,
   DENIES DRUG USE, STATES WENT ON JOB INTERVIEW, SUBJECT GIVEN TRANSFER INFO TO
   REPORT TO BROOKLYN 4 ON 10-11-16 AT 9:30AM AT 210 JORRALEMON ST, BROOKLYN, NY
   SUBJECT STATED THAT HE UNDERSTANDS
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: SUTHERLAND,CARLA H
   AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
   09/06/2016 11:25AM OFFICE REPORT W/PAROLEE
   STATES SAME RESIDENCE BEDFORD ATLANTIC BED # 2032 STATES NO POLICE CONTACT
   DENIES DRUG USE, STATES THAT HE SPOKE TO CASEWORKER AT THE SHELTER RE: LINKS
   PROGRAM, SUBJECT STATES ATTENDING THE NETWORK PROGRAM, SUBJECT DIRECTED TO
   REPORT ON 9-13-16 AT 11AM
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: SUTHERLAND,CARLA H
   AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
   09/06/2016 08:00AM LETTER FROM OTHER
   RECIEVED TRANSFER ASSIGNMENT REPORT DATE SUBJECT TO REPORT TO PO. J. JONES
   ON 10-11-16 AT 210 JORALEMON ST 3RD FL, BROOKLYN, NY AT 9:30AM
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: ADAMS,CATHERINE
   AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
   09/05/2016 01:04PM OTHER WORK
   SPO ADAMS:  SUBJECT CAN REPORT TO 210 JORALEMON ST., 3RD, FLOOR, BKLYN, NY AT E
   ITHER 9:30 AM OR 5:30PM OCT 11, 2016
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: SUTHERLAND,CARLA H
   AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
   09/01/2016 08:23AM LETTER TO OTHER
   EMAIL SENT TO SPO ADAMS REQUESTING A REPORT DATE
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: SUTHERLAND,CARLA H
   AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
   09/01/2016 08:00AM LETTER FROM OTHER
   RECIEVED CASE TRANSFER ASSIGNMENT CASE TRANSFERRED TO BROOKLYN PO. J. JONES
   SPO. ADAMS, WRITER TO CONTACT SPO ADAMS FOR REPORT DATE
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: SUTHERLAND,CARLA H
   AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
   08/30/2016 08:07PM OTHER WORK
   TYPED UP TRANSFER FORM EMAILED TO BROOKLYN 4 TAG TEAM
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------

```
CMSCHRON* * *       NEW YORK STATE - DOCCS       * * *       DATE: 11/04/2022
                    COMMUNITY SUPERVISION                    PAGE:    12
                    PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 11/04/2022
```

```
NAME: GOULBOURNE,JONATHAN                    AREA: BROOKLYN III
NYSID:                                   SPO NAME: TAYLOR,PAUL
DIN:  ████                                PO NAME: MELHADO,GODFREY
```

| DATE | TIME | TYPE | ACTIVITY | LOCATION |
|------|------|------|----------|----------|

ENTERED BY: DIAZ,PAUL J
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
08/30/2016 12:35PM OFFICE REPORT W/PAROLEE
P REPORTED.SAME ADDRESS,NO EMPLOYMENT.P STATED HE DID NOT GO TO CEO DUE TO HIS
████ NOW HAVING ████ AND HE HAS BEEN DEALING WITH THAT.NO POLICE CONTACT,DENIE
S DRUG USAGE.NRD 9/6.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: SUTHERLAND,CARLA H
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
08/30/2016 08:00AM TRANSFER SUMMARY
SUBJECT RESIDING AT CASE ADDRESS, HVP DONE, SUBJECT ATENDING NETWORK DRUG PROGR
AM, DRUG TEST NEGATIVE, CURFEW 9PM TO 7AM DAILY
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: EDWARDS,PERRI A
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
08/21/2016 05:58AM HOME VISIT W/PAROLEE        CURFEW
CONTACT ADDRESS: 1322 BEDFORD AVE,BROOKLYN,112162926
    P WAS OBSERVED AT BEDFORD/ATLANTIC SHELTER BED# 2032 ON 2 ND FLOOR.
    UNDER CARES# 450494.P DENIED ANY COMPLAINTS.
    VISIT ACCOPAINED BY PO JACKSON MAN 2.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: SUTHERLAND,CARLA H
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
08/16/2016 11:40AM OFFICE REPORT W/PAROLEE
STATES NEW RESIDENCE BEDFORD ATLANTIC BED #32      STATES NO POLICE CONTACT
DENIES DRUG USE, STATES LOOKING FOR EMPLOYMENT, STATES WENT TO READY, WILLING
AND ABLE BUT WILL NOT BE DOING THERE PROGRAM, STATES ATTENDING THE NETWORK PROG
RAM, SUBJECT REFERRED TO CEO FOR EMPLOYMENT, SUBJECT DIRECTED TO REPORT ON
8-30-16 AT 11AM
SPO REVIEW: 08/22/2016
--------------------------------------------------------------------------------
ENTERED BY: CAMACHO,ROSETTA
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
08/12/2016 01:58PM RE-ENTRY SERVICES UNIT      RSU-MENTAL HEALT
THE CLIENT KEPT HIS INTAKE APPOINTMENT APPOINTMENT AT NETWORK 555 BERGEN AVE 34
7-584-8601. R. CAMACHO SAC1
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: CAMACHO,ROSETTA
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
08/08/2016 12:10PM RE-ENTRY SERVICES UNIT      RSU-MENTAL HEALT
THE CLIENT WAS SCREENED AND HAS AN APPOINTMENT 8/11/16 11:00AM AT NETWORK 347-5
84-8601. R. CAMACHO SAC1
SPO REVIEW: NONE
--------------------------------------------------------------------------------
```

```
NAME: GOULBOURNE,JONATHAN                    AREA: BROOKLYN III
NYSID:                                   SPO NAME: TAYLOR,PAUL
 DIN:                                     PO NAME: MELHADO,GODFREY
```

| DATE | TIME | TYPE | | ACTIVITY | LOCATION · |
|------|------|------|--|----------|------------|

```
ENTERED BY: SUTHERLAND,CARLA H
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
08/08/2016 10:35AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              CURFEW DISCUSSED
                                              PHOTO TAKEN
                                              URINE/DRUG NEGATIVE
STATES RESIDENCE AT BELLEVUE MENS SHELTER BED # 2-005, STATES NO POLICE CONTACT
DENIES DRUG USE, DISCUSSED AND REVIEWED SPECIAL CONDITION SUBJECT STATED THAT
HE UNDERSTOOD, SUBJECT GIVEN 9PM TO 7AM CURFEW, PHOTO TAKEN, ORAL DRUG TEST TAK
EN NEGATIVE, SUBJECT REFERRED TO ACCESS FOR ANGER MANAGEMENT PROGRAM, SUBJECT
GIVEN REFERRAL TO READY, WILLING AND ABLE EMPLOYMENT PROGRAM, SUBJECT DIRECTED
TO REPORT ON 8-16-16 AT 10AM
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: ORILUS,KENNETH
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
REPORT TAKEN BY: ORILUS,KENNETH
08/04/2016 03:10PM OFFICE REPORT W/PAROLEE    ARRIVAL
                                              REVIEWED CONDITIONS
                                              CURFEW DISCUSSED
                                              DUTY OFFICER
SUBJECT MADE OFFICE ARRIVAL REPORT WITHIN 24HRS OF HIS RELEASE. SUBJECT REVIEWE
D CONDITIONS OF RELEASE TO SUPERVISION AND REPORTED HE UNDERSTANDS CONDITIONS.
SUBJECT REVIEWED SPECIAL CONDITIONS AND SIGNED OFF ON CONDITIONS ACKNOWLEDGING
REVIEW/UNDERSTANDING. SUBJECT REPORTED NO PHONE # YET AND HE'S RESIDING AT BELL
EVUE MEN'S SHELTER, BUT HIS FATHER MAY HAVE A RESIDENCE FOR HIM. SUBJECT INSTRU
CTED UNTIL THAT TIME HE IS TO REMAIN AT BELLEVUE MEN'S SHELTER UNTIL PO OF RECO
RD GIVES APPROVAL TO CHANGE RESIDENCE AND SUBJECT SAID THAT WOULD BE FINE. SUBJ
ECT GIVEN MICROSOFT WORD PRINTOUT WITH PO OF RECORD CONTACT INFORMATION ALONG W
ITH NRD FOR 08/09/2016. PHOTO TO BE TAKEN DURING NRD.
SPO REVIEW: 08/22/2016
-------------------------------------------------------------------------------
ENTERED BY: MENDOZA,JEFFREY K
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
08/03/2016 10:00AM RELEASE INTERVIEW                         PRISON/JAIL
CONTACT ADDRESS: QUEENSBORO
INMATE INFORMED OF ALL CONDITIONS, SIGNED RELEASE PAPERS AND WAS INSTRUCTED TO
REPORT DIRECTLY TO PAROLE.
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: SCAGNELLI,RONALD A
AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO      PO NAME: SUTHERLAND,CARLA
08/01/2016 07:30AM FACILITY INTERVIEW                        PRISON/JAIL
CONTACT ADDRESS: QBCF
S.C. ENTERED INTO GES ON 8/1 BY KBS
SPO REVIEW: NONE
-------------------------------------------------------------------------------
```

CMSCHRON* * *          NEW YORK STATE - DOCCS          * * *          DATE: 11/04/2022
                       COMMUNITY SUPERVISION                          PAGE:    14
                       PAROLEE CHRONO REPORT
                     FROM 01/01/1999 THRU 11/04/2022

    NAME: GOULBOURNE,JONATHAN                    AREA: BROOKLYN III
    NYSID:                                   SPO NAME: TAYLOR,PAUL
      DIN: ████                              PO NAME: MELHADO,GODFREY

    DATE      TIME    TYPE                   ACTIVITY          LOCATION
    ─────────────────────────────────────────────────────────────────

    ENTERED BY: SCAGNELLI,RONALD A
    AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
    07/28/2016 07:30AM FACILITY INTERVIEW                    PRISON/JAIL
    CONTACT ADDRESS: QBCF
    REPORT FAXED TO ALBANY BY KBS ON 7/28/16
    SPO REVIEW: NONE
    ------------------------------------------------------------------------
    ENTERED BY: ESCANO,DARIO A
    AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
    06/20/2016 02:46PM CASE CONFERENCE
    COMMUNITY PREP COMPLETED.
    SPO REVIEW: 06/20/2016
    ------------------------------------------------------------------------
    ENTERED BY: SUTHERLAND,CARLA H
    AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
    06/02/2016 06:22PM SUPERVISION PLAN
    SUBJECT TO BE SUPERVISED AS PER COMPAS LEVEL, SUBJECT UNDOMICILED TO BE REFERRE
    D TO BELLEVUE MENS SHELTER, SUBJECT WILL BE GIVEN 9PM TO 7AM CURFEW DAILY
    SUBJECT WILL BE REFERRED TO CEO FOR EMPLOYMENT, SUBJECT TO BE DRUG TESTED
    SPO REVIEW: NONE
    ------------------------------------------------------------------------
    ENTERED BY: SUTHERLAND,CARLA H
    AREA: MANHATTAN III  SPO NAME: ESCANO,DARIO     PO NAME: SUTHERLAND,CARLA
    06/02/2016 06:25AM REPORTING INSTRUCTIONS
    SUBJECT MUST REPORT WITHIN 24 HOURS TO THE MANHATTAN III AREA OFFICE
    314 W 40TH ST, MANHATTAN, NY 10018      PHONE:(212) 239-6355
    UPON ARRIVAL, PHOTOS WILL BE TAKEN, SPECIAL CONDITIONS IMPOSED AND
    SUBSEQUENT REPORTING INSTRUCTIONS WILL BE GIVEN AT THAT TIME.
    SPO REVIEW: NONE
    ------------------------------------------------------------------------
    ENTERED BY:
    AREA: MANHATTAN III  SPO NAME: AREA SUPERVISOR     PO NAME: AREA SUPERVISOR
    05/25/2016 04:00AM COMPAS ASM'T COMPLETED
    SCREENER: SCAGNELLI, RONALD
    LOCATION: QUEENSBORO CF
    SPO REVIEW: NONE
    ------------------------------------------------------------------------
    ENTERED BY: SCAGNELLI,RONALD A
    AREA: QUEENS III    SPO NAME: AREA SUPERVISOR     PO NAME: AREA SUPERVISOR
    05/20/2016 10:00AM FACILITY INTERVIEW                    PRISON/JAIL
    CONTACT ADDRESS: QBCF
    INTAKE NO CONCERNS AT THIS TIME
    SPO REVIEW: NONE
    ------------------------------------------------------------------------


                        * * * END OF REPORT * * *

3010PRSCS (Rev. 10/2012)

**STATE OF NEW YORK**
**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS)**
**CERTIFICATE OF RELEASE TO POST-RELEASE SUPERVISION**

| DETERMINATE SENTENCE — POST-RELEASE SUPERVISION |
| --- |

DETERMINATE SENTENCE:                                    NYSID: _____    DIN # _____

COULBOURNE, JONATHAN now confined in QUEENSBORO who was convicted of Crim. Poss. Wea and sentenced in the county of 2nd (C)

QUEENS are a term of the SUPREME Court, Judge KRON presiding on the 17th day of NOVEMBER, 2014, for 0-0-0/

the term of 3-6-0 the maximum term of such sentence expires on the 6th day of FEBRUARY 20 17, has agreed to abide by the conditions to which (he)

(she) has signed (his) (her) name below, and is hereby released by virtue of the authority conferred by New York State Law.

COULBOURNE, JONATHAN is additionally subject to a period of 2-6-0 years/months Post-Release Supervision, which will commence on the release date

of 8/4/16 and (he) (she) will be under the legal jurisdiction of the Department of Corrections and Community Supervision until the Post-Release Supervision

Maximum Expiration (PRSME) date of 2/4/ , 20 19 .          RES: BELLEVUE
                                                                400 E 30th Street
Post-Release Supervision Period (years/months): 2-6-0          New York, NY 10016 212-481-8853

Post-Release Supervision Maximum Expiration Date: 2/4/19

I, COULBOURNE, JONATHAN , voluntarily accept Post-Release supervision. I fully understand that my person, residence and property are subject to search and inspection. I understand that Post-Release Supervision if defined by these Conditions of Release and all other conditions that may be imposed upon me by the Board of Parole or its representatives. I understand that my violation of these conditions mat result in the revocation of my release.

### CONDITIONS OF RELEASE

1. I will proceed directly to the area to which I have been released, and, within twenty-four hours of my release, make my arrival report to the Community Supervision Office indicated below, unless other instructions are designated on my release agreement.

REPORT TO: MANHATTAN III AO 314 W 40th St. NYC 10018 212-239-5034
SPO: ESCANO PO: SUTHERLAND

2. I will make office and/or written reports as directed.
3. I will not leave the State of New York or any other state to which I am released or transferred, or any area defined in writing by my Parole Officer without permission.
4. I will permit my Parole Officer to visit me at my residence and/or place of employment and I will permit the search and inspection of my person, residence and property. I will discuss any proposed changes in my residence, employment or program status with my Parole Officer. I understand that I have an immediate and continuing duty to notify my Parole Officer of any changes in my residence, employment or program status when circumstances beyond my control make prior discussion impossible.
5. I will reply promptly, fully and truthfully to any inquiry of or communication by my Parole Officer or other representative of the Department of Corrections and Community Supervision.
6. I will notify my Parole Officer immediately any time I am in contact with or arrested by any law enforcement agency. I understand that I have a continuing duty to notify my Parole Officer of such contact or arrest.
7. I will not be in the company of or fraternize with any person I know to have a criminal record or whom I know to have been adjudicated a Youthful Offender except for accidental encounters in public places, work, school or in any other instance with the permission of my Parole Officer.
8. I will not behave in such a manner as to violate the provisions of any law to which I am subject which provide for a penalty of imprisonment, nor will my behavior threaten the safety or well-being of myself or others.
9. I will not own, posses, or purchase any shotgun, rifle or firearm of any type without the written permission of my Parole Officer. I will not own, posses or purchase any deadly weapon as defined in the Penal Law or any dangerous knife, dirk, razor, stiletto, or imitation pistol. In addition, I will not own, posses or purchase any instrument readily capable of causing physical injury without a satisfactory explanation for ownership, possession or purchase.
10. In the event that I leave the jurisdiction of the State of New York, I hereby waive my right to resist extradition to the State of New York from any state in the Union and from any territory or country outside the United States. This waiver shall be in the full force and effect until I am discharged from Parole or Conditional Release. I fully understand that I have the right under the Constitution of the United States and under law to contest an effort to extradite me from another state and return me to New York, and I freely and knowingly waive this right as a condition of my Parole or Conditional Release.
11. I will not use or possess any drug paraphernalia or use or possess any controlled substance without proper medical authorization.
12. Special Conditions:

SEE CONTINUATION SHEET

13. I will fully comply with the instructions of my Parole Officer and obey such special additional written conditions as he or she, a Member of the Board of Parole or an authorized representative of the Department of Corrections and Community Supervision may impose.

I hereby certify that I have read and that I understand the foregoing conditions of my release and that I have received a copy of the Certificate of Release to Post-Release Supervision.

Signed this 3 day of August 20 16

Releasee: _____          Witness: _____

**COPY TO COMMUNITY SUPERVISION FIELD / AREA OFFICE**

3041CS (Rev. 9/2013)

**STATE OF NEW YORK**
**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS)**
**APPLICATION FOR CONDITIONAL RELEASE TO PAROLE SUPERVISION**

SENTENCE: [X] State    [ ] Local    NYSID ▮▮▮▮▮    DIN# ▮▮▮▮

I, GOULBOURNE, JONATHAN , now confined in QUEENSBORO CF , having been convicted

of Crim Poss Weapon 2nd (C) and sentenced in the county of QUEENS at a term of the

SUPREME Court, Judge KRON presiding, on the 17th day of NOVEMBER , 20 14 ,

for the term of 0-0-0/SH 3-5-0 the maximum term of which expires on the 6th day of FEBRUARY , 20 17 ,

hereby apply for Conditional Release. I understand that I will be in the legal custody of the Department of Corrections and Community Supervision until

the 6th day of FEBRUARY , 20 19 , and agree to abide by the conditions of my release with full knowledge that failure to do so may result in

my re-imprisonment by order of the Board of Parole pursuant to law.

### CONDITIONS OF RELEASE

1. I will proceed directly to the area to which I have been released and, within twenty-four hours of my release, make my arrival report to the Community Supervision Office, unless other instructions are designated on my release agreement.

2. I will make office and/or written reports as directed.

3. I will not leave the State of New York or any other State to which I am released or transferred, or any area defined in writing by my Parole Officer without permission.

4. I will permit my Parole Officer to visit me at my residence and/or place of employment and I will permit the search and inspection of my person, residence and property. I will discuss any proposed changes in my residence, employment or program status with my Parole Officer. I understand that I have an immediate and continuing duty to notify my Parole Officer of any changes in my residence, employment or program status when circumstances beyond my control make prior discussion impossible.

5. I will reply promptly, fully and truthfully to any inquiry of or communication by my Parole Officer or other representative of the Department of Corrections and Community Supervision.

6. I will notify my Parole Officer immediately any time I am in contact with or arrested by any law enforcement agency. I understand that I have a continuing duty to notify my Parole Officer of such contact or arrest.

7. I will not be in the company of or fraternize with any person I know to have a criminal record or whom I know to have been adjudicated a Youthful Offender except for accidental encounters in public places, work, school or in any other instance with the permission of my Parole Officer.

8. I will not behave in such a manner as to violate the provisions of any law to which I am subject which provide for a penalty of imprisonment, nor will my behavior threaten the safety or well-being of myself or others.

9. I will not own, posses, or purchase any shotgun, rifle or firearm of any type without the written permission of my Parole Officer. I will not own, posses or purchase any deadly weapon as defined in the Penal Law or any dangerous knife, dirk, razor, stiletto, or imitation pistol. In addition, I will not own, posses or purchase any instrument readily capable of causing physical injury without a satisfactory explanation for ownership, possession or purchase.

10. In the event that I leave the jurisdiction of the State of New York, I hereby waive my right to resist extradition to the State of New York from any state in the Union and from any territory or country outside the United States. This waiver shall be in the full force and effect until I am discharged from Parole of Conditional Release. I fully understand that I have the right under the Constitution of the United States to contest an effort to extradite me from another state and return me to New York, and I freely and knowingly waive this right as a condition of my Parole or Conditional Release.

11. I will not use or possess any drug paraphernalia or use or possess any controlled substance without proper medical authorization.

12. Special Conditions:

SEE CONTINUATION SHEET

13. I will fully comply with the instructions of my Parole Officer and obey such special additional written conditions as he, a Member of the Board of Parole or an authorized representative of the Department of Corrections and Community Supervision may impose.

[ ] **Local Sentence:** I also understand and agree that if I am returned to a correctional facility for violation of any of the above conditions, the time spent under Conditional Release will not be credited against the term of my sentence.

[ ] **State Sentence:** I understand and agree that if I am returned to an institution under the jurisdiction of the Department of Corrections and Community Supervision for violation of any of the above conditions, that the good behavior time earned by me prior to the date of my Conditional Release cannot be used as a basis for requesting any subsequent release. I further understand that if I am so returned I may, however, subsequently receive time allowance against the remaining portion of my maximum or aggregate maximum term not to exceed in the aggregate of one-third of such portion provided such remaining portion of my maximum or aggregate maximum term is more than one year and that I shall not again earn any good behavior time against the remaining portion of my sentence if such remaining portion of my sentence is one year or less.

I certify that I have read and that I understand the foregoing and have received a copy of this application.

Signed this 3 day of August , 20 16.

Applicant: _____    Witness: _____

**COPY TO COMMUNITY SUPERVISION FIELD / AREA OFFICE**



**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

**CERTIFICATE OF RELEASE TO PAROLE SUPERVISION (GREEN FORM 3010)**
**APPLICATION FOR CONDITIONAL RELEASE TO PAROLE SUPERVISION (PINK FORM 3041)**
**CERTIFICATE OF RELEASE TO POST-RELEASE SUPERVISION (PUMPKIN FORM 3010PRS)**
**DETERMINATE SENTENCE POST RELEASE SUPERVISION**

**CONTINUATION SHEET OF CONDITIONS: 1-12)**

**NAME: GOULBOURNE, JONATHAN        DIN:** ▮▮▮▮▮        **NYSID:** ▮▮▮▮▮▮▮

I will seek, obtain and maintain employment and/or an academic/vocational program.
I will submit to substance abuse testing as directed by the Parole Officer.
I will not consume alcoholic beverages.
I will not frequent any establishment where alcohol is sold or served as its main business without the permission of the Parole Officer.
I will abide by a curfew established by the Parole Officer.
I will support my dependent children.
I will participate in anti-aggression/anti-violence counseling as directed by the Parole Officer.
I will comply with geographic restrictions as per Parole Officer.

**FOR EMERGENCIES OCCURRING AFTER OFFICE HOURS AND ON WEEKENDS; CALL 212 239 6159 COMMAND CENTER STAFF WILL ASSIST YOU.**

I HEREBY CERTIFY THAT I HAVE READ AND THAT I UNDERSTAND THE FOREGOING CONDITIONS OF MY RELEASE AND THAT I HAVE RECEIVED A COPY OF THIS APPLICATION AND/OR CERTIFICATE OF RELEASE.

SIGNED ON THE ___3___ DATE OF _August_ _____, 2016

OFFENDER: _____     SORC/ORC: _____

COPY TO: OFFENDER; COMMUNITY SUPERVISION FIELD/AREA OFFICE
FACILITY COMMUNITY SUPERVISION OFFICE/INSTITUTIONAL



**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**CERTIFICATE OF RELEASE TO PAROLE SUPERVISION (GREEN FORM 3010)**
**APPLICATION FOR CONDITIONAL RELEASE TO PAROLE SUPERVISION (PINK FORM 3041)**
**CERTIFICATE OF RELEASE TO POST-RELEASE SUPERVISION (PUMPKIN FORM 3010PRS)**
**DETERMINATE SENTENCE POST RELEASE SUPERVISION**

**CONTINUATION SHEET OF CONDITIONS: 1-12)**

NAME: GOULBOURNE, JONATHAN          DIN: ███████          NYSID: ███████

I will seek, obtain and maintain employment and/or an academic/vocational program.
I will submit to substance abuse testing as directed by the Parole Officer.
I will not consume alcoholic beverages.
I will not frequent any establishment where alcohol is sold or served as its main business without the permission of the Parole Officer.
I will abide by a curfew established by the Parole Officer.
I will support my dependent children.
I will participate in anti-aggression/anti-violence counseling as directed by the Parole Officer.
I will comply with geographic restrictions as per Parole Officer.

**FOR EMERGENCIES OCCURRING AFTER OFFICE HOURS AND ON WEEKENDS; CALL 212 239 6159**
**COMMAND CENTER STAFF WILL ASSIST YOU.**

I HEREBY CERTIFY THAT I HAVE READ AND THAT I UNDERSTAND THE FOREGOING CONDITIONS OF MY RELEASE AND THAT I HAVE RECEIVED A COPY OF THIS APPLICATION AND/OR CERTIFICATE OF RELEASE.

SIGNED ON THE ___3___ DATE OF __August__ , 2016

OFFENDER: _____  SORC/ORC: _____

COPY TO: OFFENDER; COMMUNITY SUPERVISION FIELD/AREA OFFICE
FACILITY COMMUNITY SUPERVISION OFFICE/INSTITUTIONAL

 **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

I **GOULBOURNE, JONATHAN**_____, have received and reviewed the Department of Motor Vehicles documents retrieval procedure of a Non-Driver Photo ID with my Offender Rehabilitation Coordinator/Transitional Services Coordinator.

Inmate Name: _Jonathan Goulbourne_

DIN #:_██████_

Date: _8 / 3 / 16_

ORC/Designee Name: _____

Date: _8 / 3 / 16_

**State of New York**
**Department of Corrections and Community Supervision**

Form 6001CS (Rev. 11/2012)

## SUPERVISION FEE ACKNOWLEDGMENT FORM

Name: GOULBOURNE, JONATHAN          DIN#: ▮▮▮          NYSID #: ▮▮ ▮▮

Offender Rehabilitation Coordinator (ORC): Jeff Mendoza

Supervising Offender Rehabilitation Coordinator (SORC): S. Mitchell

Facility: QUEENSBORO CF

Date of Interview: 8/3/16

_____ I understand I am required under NYS Correction Law §201 (9)(a) to pay a monthly supervision fee of $30 while under community supervision.

_____ I understand that every month my Parole Officer will review my income/financial situation to determine if any fee adjustment is warranted. I understand that I must provide my Parole Officer with any and all financial information or documentation he or she may request to make this determination. If I believe I am not able to pay the required monthly supervision fee, I understand it shall be my responsibility to pay such fee in order to obtain any fee adjustment consideration by my Parole Officer.

_____ I understand that each supervision fee payment shall be payable to the **New York State Department of Corrections and Community Supervision.**

_____ I understand that my early discharge from community supervision (Three Year Discharge, *Executive Law §259-j* or Merit Termination of Sentence, *Correction Law §205*) and any consideration by the Board of Parole for a Certificate of Relief from Disabilities or a Certificate of Good Conduct can be denied if I do not make a good faith effort to pay the supervision fee.

_____ I understand that my failure to pay the required supervision fee may subject me to debt collection proceedings in which the Department of Corrections and Community Supervision or State of New York will seek a judgment against me in a court of competent jurisdiction for the entire amount of unpaid fees, and thereafter, will utilize whatever remedy the law allows for, e.g., wage garnishment, to collect that amount.

Releasee Signature: _____   Date: 8-3-16

ORC/SORC Signature: _____   Date: 8/3/16

DISTRIBUTION:

WHITE - RELEASEE; YELLOW - AREA OFFICE FILE; PINK - COMMUNITY SUPERVISION CENTRAL OFFICE FILE

STATE OF NEW YORK
# DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
ADIRONDACK CORRECTIONAL FACILITY
P.O. Box 110 Ray Brook, New York 12977

**Name:** Goulbourne Jonathan

**DIN / NYSID:** ▉▉▉▉▉▉

**Board Date:** 4/20/16 CRC

**File rec'd / reviewed on:** 12/22/14

**By:** Jaince, NA

File Review Checklist

| | Yes | No |
|---|---|---|
| 5 months or less to PE Date (Y=Notify APA) | | ✓ |
| 4 months or less to CR Date (Y=Notify APA & Type Pink Application for C.R.) | | ✓ |
| Are the following items in the case record? (N=Notify APA) | | |
| • RAP Sheet | ✓ | |
| • Sentencing Minutes (For each Indictment & for Indeterminate Sentences Only) N=Check FPMS 01 & Notify S.O.R.C. | ✓ | |
| • Sentence & Commitment (For each Indictment) | ✓ | |
| • Jail Time Certificate | ✓ | |
| • PSI (For each Indictment) | ✓ | |
| Do all the documents listed above match each other and the Blotter? | | |
| To print an update Blotter: (F451, 20, DIN, 81,88,Enter) | | |
| • County of Conviction    Queens | | |
| • Instant Offense    CPW2nd | | |
| • Term being served / Sentence (0-0-0/3-0-0)  0-0-0  3-0-0 W/ 2-6-0 PRS | | |
| • Indictment #(s) / Court Case #(s)    2042-13 | | |
| Were Recommendation Letters Sent? (For Indeterminate Sentences Only) N=Send ASAP | | |
| OOP Issued? (See Sent & Comm)  Y / N  | If Yes, OOP in file? | — | |
| If no OOP in file, check Guidance Folder. | | |
| If no OOP in Guidance Folder, ask I.R.C. for a copy. | | |
| If no copy in Inmate Records, notify O.R.C. to request one from the court. | | |
| OLD DIN # indicated? (Check FPMS 15 / FITS) (Y=Notify APA)    N/A | | ✓ |

**CHRONOLOGICAL LOG:**
Transferred From: Downstate Rec.    on  12/16/14

| Date | Action | Initials |
|---|---|---|
| 5/17/16 | adie — QB | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NYS DOCCS**

GOULBOURNE, JONATH
02536856M DWNSTATE REC
12/02/2014 NEW YORK
DOB: 07/19/1978

Name: ____

DIN#: _____

## Chronological Entries

| Date | C.F. | Notation |
|------|------|----------|
| 12/3/14 | Downstate | Received at Downstate Reception Facility  12/2/14 KL |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
PAROLE BOARD REPORT

CORRECTIONAL FACILITY

PAROLE BOARD TYPE/ DATE:    <u>CRC JULY 2016</u>

| NAME: Goulbourne Jonathan | RECEIVED DATE: 12/2/2014 CMC: A ☒    B ☐ | | |
|---|---|---|---|
| DOB: 7/19/78 | DIN: ██████ | NYSID: ████████ | FBI: ████ |
| PE DATE: N/A | CR DATE : 8/4/16 | ME DATE: 2/6/17 | |

**PRS:** 2.6 years **PV NT:** Yes☐ No☒        **TIME ON PAROLE:** N/A    **TIME SERVED:** N/A months

**CRIMES OF COMMITMENT, FELONY CLASSES, SENTENCE, PLEA OR VERDICT**

    Criminal Possession of a Weapon 2$^{nd}$ Degree   0 to 3.6 years

**EEC:** ISSUED ☐    DENIED ☐    NON-CERTIFIABLE ☐    INELIGIBLE / N/A ☐

**OFFICIAL STATEMENTS:** JUDGE - Yes ☐ No☒ DA - Yes☐ No☒    DEF ATTY - Yes☐ No☒

**SENTENCING MINUTES:** Yes☒ No☐        IF NO, DATE(S) REQUESTED:

**CO-DEFENDANT:** NAME/NYSID        STATUS
        NONE

**DETAILED PRESENT OFFENSE:** IN THE I.O. 8/9/13, INMATE WAS IN POSSESSION OF TWO [2] FIREARMS.

**OFFENDER STATEMENT:** Inmate admitted guilt in the offense

**CRIMINAL HISTORY:** Warrant: Yes☐ No☒    ICE: Yes☐ No☒
        IF YES, EXPLAIN:

NEW YORK STATE – CLICK HERE

**JUVENILE:** Yes☐ No☒    OUT OF STATE: Yes☐ No☒    FEDERAL: Yes☐ No☒
IF YES, EXPLAIN:

**CERTIFICATE OF RELIEF:** Eligible ☐    Ineligible ☒    Youthful Offender ☐

**INTERPRETER NEEDED:** Yes☐ No☒ IF YES, LANGUAGE:

**PROPOSED RESIDENCES:**
        PRIMARY:   Bellvue Mens Shelter        ALTERNATE:  N/A
        400 east 30$^{th}$ street
        NYC. NY 10016

**PROPOSED EMPLOYMENT:**   Pending

_____        7/28/16        _____    7/28/16
Drop Down List, ORC        Date:        Drop Down List, SORC        Date:

**CONFIDENTIAL REPORT:** <u>CRC  JULY  2016</u>

OFFENDER NAME:  Goulbourne Jonathan        DIN: ███████     NYSID: ████████

**Confidential File:**  Yes ☐  No ☒

**Supervision and Investigation Concerns:**    None

**Active Orders of Protection:**        Yes ☒  No ☐
    If Yes, Dates of OOP:    Kissy Goulbourne, Expiration Dates:  Non
    Name(s)/Relationship(s):    ORDER OF PROTECTION, NON-EXPIRING, ISSUED 10/10/07, NYC PD

**Past Behaviors:**

**History of Community Supervision:**  None

**Intelligence Information:**  Gang affiliation / tattoos:  None

**Sex Offender History:**  Yes ☐  No ☒        If Yes, Risk Level:

**Mental Health:** Level  6        OMH Evaluations (dates/ diagnosis): 6

**Medical Concerns:**  Yes ☐  No ☒      Level  3
    If Yes, Explain:

**Family Information:**  None

**Domestic Violence History:**  None

Active Orders of Protection:  Yes ☐      No ☒
    If Yes, Dates of OOP:        , Expiration Dates:
    Name(s)/Relationship(s): )

**Financial Information:**  None

**Victim Information:**  Check all applicable.
    STRANGER:  Adult ☒        65 and Over ☐        Under 18 ☐    Under 13 ☐

    NON-STRANGER:  Adult ☒        65 and Over ☐        Under 18 ☐    Under 13 ☐

    NON-STRANGER'S VICTIM'S RELATIONSHIP TO OFFENDER:
        Grandparent ☐        Parent ☐            Spouse ☐    Child ☐        Sibling ☐
        Aunt ☐      Uncle ☐        Cousin ☐        Girlfriend/Boyfriend ☐

    NON-STRANGER OTHER: ☐ (This could mean a person's neighbor/employer/friend.)

    LAW ENFORCEMENT: ☒

    MULTIPLE VICTIMS: ☐

    UNKNOWN: ☐

**Summary/Evaluation**  N/A

## ORC RECOMMENDED SPECIAL CONDITIONS

| INMATE NAME : Goulbourne Jonathan | DIN: ▇▇▇▇ | NYSID: ▇▇▇▇ |
| --- | --- | --- |

☒ **SC1** – I will seek, obtain, and maintain employment and/or an academic/vocational program.

☒ **SC2** – I will submit to Substance Abuse Testing, as directed by the PAROLE OFFICER.

☐ **SC3** – I will participate in a Substance Abuse Treatment program, as directed by the PAROLE OFFICER.

☐ **SC4** – I will participate in an Alcohol Abuse Treatment program, as directed by the PAROLE OFFICER.

☒ **SC5** – I will NOT consume alcoholic beverages.

☒ **SC6** – I will NOT frequent any establishment where alcohol is sold or served as its main business without the permission of the PAROLE OFFICER.

☐ **SC7** – I will NOT operate any motor vehicle, apply for, renew, or possess any drivers' license, without the written permission of the PAROLE OFFICER.

☒ **SC8** – I will abide by a curfew established by the PAROLE OFFICER.

☐ **SC9** – I will support my dependent children.

☒ **SC10** – I will participate in anti-aggression/anti-violence counseling, as directed by the PAROLE OFFICER.

☐ **SC11** – I will cooperate with a mental health evaluation referral, and follow up treatment as directed by the PAROLE OFFICER.

☐ **SC12** – I will participate in Sex Offender Counseling/Treatment, as directed by the PAROLE OFFICER.

☐ **SC13** – I will have NO contact with any person under the age of eighteen, without written permission of the PAROLE OFFICER.

☐ **SC14** – I will comply with all case specific sex offender conditions to be imposed by the PAROLE OFFICER.

☐ **SC15** – I will NOT associate in any way or communicate by any means with victim(s) _____ without the permission of the PAROLE OFFICER.

☐ **SC16** – I will NOT associate in any way or communicate by any means with associate(s) _____ without the permission of the PAROLE OFFICER.

☐ **SC17** – I will NOT associate in any way or communicate by any means with other(s) _____ without the permission of the PAROLE OFFICER.

☐ **SC18** – I will cooperate with all medical referrals and treatment recommendations.

☐ **SC19** – I will participate in Domestic Violence counseling, as directed by the PAROLE OFFICER.

☐ **SC20** – I will comply with all court orders including those ordering fines, surcharges, and/or restitution.

☐ **SC21** – I will NOT be a member of any gang or associate with any known gang member or attend any gang activity or function. I will not wear, display, possess, distribute, or use any gang insignia or material.

☐ **SC22** – I will NOT act in any fiduciary capacity without the permission of the PAROLE OFFICER.

☐ **SC23** – I will NOT have a checking, savings, debit, or credit card account, without the permission of the PAROLE OFFICER.

☐ **SC24** – I will NOT be involved in any gambling or gambling related activity without the permission of the PAROLE OFFICER.

☐ **SC25** – I will participate in a D.W.I. Victim Impact Panel as directed by the PAROLE OFFICER.

☐ **SC26** – I will comply with all Orders of Protections.

☒ **SC27** – OTHER: _____

☐ **SC28** – I will abide by the mandatory condition imposed by the Sexual Assault Reform Act, Chapter 1 of the Laws of 2000.

☐ **SC29** – I will propose a residence to be approved by the NYS Department of Corrections and Community Supervision and will assist the Department in any efforts it may make on my behalf to develop an approved residence.

☐ **SC30** – I will reside only in the residence approved by the NYS Department of Corrections and Community Supervision.

☐ **SC31A** – I will proceed directly to the I.C.E. Warrant and if released prior to the maximum expiration date of my sentence or if released prior to the post-release supervision maximum expiration (P.R.S.M.E.) date, I will within 24 hours of my release, report to the area office as noted on my Certificate of Release. If deported, I understand that I cannot re-enter the United States unless my re-entry is authorized under 8 U.S.C. 1326. If I am convicted of illegally re-entering the United States, 8 U.S.C. 1326 authorizes the United States District Court to impose a fine, period of imprisonment up to ten (10) years, or both.

☐ **SC31B** - I further understand that I cannot re-enter the United States prior to the maximum expiration of my sentence, unless I receive prior written permission from the NYS Board of Parole. Also, I fully understand that re-entry to the United States, prior to the maximum expiration of my sentence, may be the basis for a revocation of my release.

☐ **SC32** – I will NOT use or possess any medication or supplements designed or intended for the purpose of enhancing sexual performance or treating erectile dysfunction without the written permission of the PAROLE OFFICER and the approval of his or her area supervisor.

☐ **SC33** – I will participate in the Department of Corrections and Community Supervision's Polygraph Program, as directed by the PAROLE OFFICER. I understand that this will include periodic polygraph sessions consisting of a pre-examination interview, polygraph examination and post-test interview with the polygraph examiner or the PAROLE OFFICER.

☐ **SC34** – Prior to release, I shall provide a sample, appropriate for D.N.A. testing, to be included in the NYS D.N.A. Index, pursuant to 9 N.Y.C.R.R. 6192.1 (W).

☐ **SC35** – I will NOT use the internet to access pornographic material, access a commercial social networking website, communicate with other individuals or groups for the purpose of promoting sexual relations with persons under the age of eighteen, and communicate with a person under the age of eighteen unless I receive written permission from the NYS Board of Parole to use the internet to communicate with a minor child under eighteen years of age, who I am the parent of and who I am not otherwise prohibited from communicating with.

☐ **SC36** – I shall NOT be released until such time as any residence that has been or may be approved on my behalf can be evaluated by the NYS Department of Corrections and Community Supervision to determine its appropriateness in light of any determinations made by a court of competent jurisdiction pursuant to Article 10 of the Mental Hygiene Law.

Revised May 2014

PAGE 2 of 3

## ORC RECOMMENDED SPECIAL CONDITIONS

| INMATE NAME : Goulbourne Jonathan | DIN: ███ | NYSID: ███ |
| --- | --- | --- |

☐ **SC37** – Pursuant to the authority conferred upon the NYS Board of Parole, under Section 70.45(3) of the NYS Penal Law, to impose conditions of release upon an individual serving a determinate sentence who is to be released to the jurisdiction of the NYS Department of Corrections and Community Supervision, to serve a period of post-release supervision, it is hereby determined that as a condition of my post-release supervision, I shall be transferred to and participate in the programs of a residential treatment facility, as the term is defined by NY Correction Law, Section 2(6), for a period of time deemed appropriate by the NYS Board of Parole, but in no event shall such period exceed six months from the date of my entrance into said residential treatment facility.

☐ **SC38** – I shall NOT be released until the NYS Board of Parole and NYS Department of Corrections and Community Supervision are informed of the Sex Offender Risk Level that has been or will be established by a court of competent jurisdiction pursuant to Correction Law 168 – N.

☐ **SC39A** – I will have no contact, directly or indirectly, through third party, electronically, or by initiation or response, with _____.
I will only have contact with any minor children in common with _____ with approval and supervision of a Family Court Order of the permission of the PAROLE OFFICER.
I will enter, complete, and comply with a Domestic Violence Offenders program, as directed by the PAROLE OFFICER.
I will enter, complete, and comply with a Parenting Course, as directed by the PAROLE OFFICER.

☐ **SC39B** – I will NOT reside with any partner without prior written permission of the PAROLE OFFICER.
I will immediately provide the PAROLE OFFICER of the contact information for any and all relationships I become involved in.
I will provide a copy of any active Order of Protection issued against me or for my protection to the PAROLE OFFICER within 48 hours of being served with the order.
I will comply with any and all "active" Orders of Protection.

☐ **SC40A** – I will NOT own, use, possess, purchase or have control of any computer, computer related material, electronic storage devices, communication devices, and/or the internet, unless I obtain prior written permission from the PAROLE OFFICER.
Furthermore, if approved: If I am permitted by the PAROLE OFFICER to possess a computer at my residence, permission will be granted for only one computer.
I will provide all personal, business, phone, internet service provider, and/or cable records, to the PAROLE OFFICER upon request.

☐ **SC40B** – I will provide copies of financial documents to the PAROLE OFFICER upon request. These documents may include, but are not limited to, all credit cards bills, bank statements, and income tax returns.
I will provide all user id's and passwords required to access the computer, my C.M.O.S. and BIOS, internet service provider, any/all email accounts, instant messaging accounts, any removable electronic media, including, but not limited to, media such as smart cards, cell phones, thumb drives and web virtual storage.

☐ **SC40C** – I will provide the PAROLE OFFICER with my password and user I.D. for any approved device. I acknowledge that individuals who have access to my computer system and/or other communication or electronic storage devices will also be subject to monitoring and/or search and seizure.
I agree to be fully responsible for all material, data, images and information found on my computer and/or other communication or electronic storage devices at all times.

☐ **SC40D** – I will NOT create or assist directly, or indirectly, in the creation of any electronic bulletin board system, services that provide access to the internet, or any public or private computer network without prior written approval from the PAROLE OFFICER.
I will NOT use any form of encryption, cryptography, steganography, compression and/or other method that might limit access to, or change the appearance of, data and/or images without prior written approval from the PAROLE OFFICER.

☐ **SC40E** – I will NOT attempt to circumvent, alter, inhibit, or prevent the functioning of any monitoring or limiting equipment, device or software that has been installed by or at the behest of, or is being utilized by, the Department of Corrections and Community Supervision for the purposes of recording, monitoring or limiting my computer or internet use and access, nor will I tamper with such equipment, device or software in any way.

☐ **SC40F** – I will cooperate with unannounced examinations directed by the PAROLE OFFICER of any and all computer(s) and/or other electronic device(s) to which I have access. This includes access to all data and/or images stored on hard disk drives, floppy diskettes, cd roms, optical disks, magnetic tape, cell phones, and/or any other storage media whether installed within a device or removable.
I will install or allow to be installed, at my own expense, equipment and/or software to monitor or limit computer use.

☐ **SC41A** – I shall install and maintain, in accordance with the provisions of Section 1198 of the NYS Vehicle and Traffic Law, an Ignition Interlock Device in any motor vehicle owned or operated by me during the period of my community supervision. This condition does not authorize me to operate a motor vehicle in the event my license or privilege to operate a motor vehicle has been revoked or suspended.

☐ **SC41B** – Pursuant to the provisions of the Vehicle and Traffic Law or the Laws of any other State, I may obtain a license to operate a motor vehicle only with the prior written permission of the PAROLE OFFICER. If I possess a license to operate a motor vehicle, I may operate a motor vehicle with the prior written permission of the PAROLE OFFICER, and in accordance with this condition of release.

☐ **SC42** – I will submit to photo imaging every 90 days or whenever directed by the PAROLE OFFICER or other representative of the NYS Department of Corrections and Community Supervision.

☐ **FC01 A, B, C, D** – Sex Offender Housing Condition (SOH220) - I will propose a residence to be investigated by the Department of Corrections and Community Supervision and will assist the Department in any efforts it may make on my behalf to develop a residence.

Revised May 2014

PAGE 3 of 3

## ORC RECOMMENDED SPECIAL CONDITIONS

| INMATE NAME : Goulbourne Jonathan | DIN: ███ | NYSID: ███ |
| --- | --- | --- |

If I am deemed a Level 3 risk pursuant to Article 6-C of the Correction Law - or - I am serving one or more sentences for committing or attempting to commit one or more offense(s) under Articles 130, 135 or 263 of the Penal Law or sections 255.25, 255.26 or 255.27 of the Penal Law and the victim of such offense(s) was under 18 years of age at the time of the offense(s), and as such I must comply with section 259-c(14) of the Executive Law, I will not be released until a residence is developed and it is verified that such address is located outside the penal law definition of school grounds and is approved by the Department. In pertinent part, Executive Law §259-c(14) provides: *"the board shall require, as a mandatory condition of such release, that such sentenced offender shall refrain from knowingly entering into or upon any school grounds, as that term is defined in subdivision fourteen of section 220.00, or the penal law, or any other facility or institution primarily used for the care or treatment of persons under the age of eighteen while on or more of such persons under the age of eighteen are present,..."* Penal Law §220.(14).

*"School grounds"* means (a) in or on or within any building, structure, athletic playing field, playground or land contained within the real property boundary line of a public or private elementary, parochial, intermediate, junior high, vocational, or high school, or (b) any area accessible to the public located within one thousand feet of the real property boundary line comprising any such school or any parked automobile or other parked vehicle located within one thousand feet of the real property boundary line comprising any such school. For the purposes of this section an "area accessible to the public" shall mean sidewalks, streets, parking lots, parks, playgrounds, stores and restaurants.

☐ **FC02 A, B** – Sex Offender Residential Treatment Facility program conditions (RTF220) – Pursuant to the authority conferred upon the New York State Board of Parole under section 70.45(3) of the penal law to impose conditions of release upon an individual serving a determinate sentence who is to be released to serve a period of post-release supervision, as a condition of your post-release supervision you shall be transferred to and participate in the programs of a residential treatment facility, as that term is defined by Correction Law section 2(6) until such time as a residence has been approved and such address has been verified to be located outside of the penal law definition of school grounds.

Revised May 2014

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS: CRIMINAL TERM, PART _TAPA_

------------------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

        -against-

    Jonathan Goulbourne

              Defendant

------------------------------------------------------------

Certification Pursuant to
7 NYCRR    1900.4(c)(1)(ii)

It is hereby certified, pursuant to 7 NYCRR 1900.4 (c)(1)(iii), to the New York

State Department of Correctional Services that the current commitment

of 3'l2yrs + 2'l2 PRS    ,is based upon a conviction for  CPW 2  a,

violation of Sec 265.03  of Penal Law, a crime listed in 7 NYCRR   1900.4 (c)(1)(ii)

which is a subdivision which does not involve either the use or threatened use of a deadly

weapon or a dangerous instrument or the infliction of a serious physical injury as defined in the

Penal Law.

Dated: Kew Gardens, New York

    11/17/14

                                Supreme Court Justice
                                HON. BARRY KRON



## Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

Date: 7/24/2015

Queens County Supreme Court Clerk
Queens County Supreme Court
125-01 Queens Blvd.
Kew Gardens, NY 11415

RE: GOULBOURNE, JONATHAN              DIN#: ▮▮▮▮▮▮

INDICTMENT#: 2642-13                  NYSID#: ▮▮▮▮▮▮▮

Dear Sir/Madam:

Pursuant to Section 60.35 of the NYS Penal Law, the following monies have been collected from the above-mentioned inmate based on the mandatory surcharge, fine, DNA fee, DWI/other, crime victim assistance fee, sex offender registration fee, and/or supplemental sex offender victim fee and restitution ordered by your Court:

|  | Amount Ordered | Paid- 6/30/15 In Full | Deferred | Amount Paid | Amount Owed |
|---|---|---|---|---|---|
| Mandatory Surcharge: | $ 300.00 | ☒ | ☐ | $ 300.00 | $ - 0 - |
| Crime Victim Assistance Fee: | $ 25.00 | ☒ | ☐ | $ 25.00 | $ - 0 - |
| DNA Fee: | $ | ☐ | ☐ | $ | $ |
| Fine: | $ | ☐ | ☐ | $ | $ |
| DWI/Other: | $ | ☐ | ☐ | $ | $ |
| Sex Offender Registration Fee: | $ | ☐ | ☐ | $ | $ |
| Supplemental Sex Offender Fee: | $ | ☐ | ☐ | $ | $ |
| Restitution: | $ | ☐ | ☐ | $ | $ |

Released:

If you should require additional information, please contact me.

Sincerely,

*Sherri Debyah*

Sherri Debyah
Inmate Records Coordinator I

cc:     Legal File
        Guidance
        Inmate

Criminal Form 1
12/2013

At a term of the *Supreme* Court, County of *Queens*,
at the Courthouse at *125-01 Queens blvd*, State of New York

RI No: _____
Order No: _____

NYSID No: ███████████████
CJTN No. _____

ORDER OF PROTECTION
Family Offenses - C.P.L. 530.12

PRESENT: Hon. *D. Modica*,

PEOPLE OF THE STATE OF NEW YORK

☐ Youthful Offender (check if applicable)
Part: *K-15* Index/Docket No: *2013QN044328*
Indictment No., if any: *2643/2013*
Charges: *PL 265.03*

against

*Jonathan Coulbourne*, Defendant Date of Birth: *7-19-78*   [Check box]: ☐ Ex Parte ☒ Defendant Present In Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

☒ TEMPORARY ORDER OF PROTECTION - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal]
☐ ORDER OF PROTECTION - Whereas defendant has been convicted of [specify crime or violation]: _____
And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:

[01] ☐   Stay away from [A]☒ [name(s) of protected person(s) or witness(es)]: ███████████████ and/or from the
[B] ☒ home of ███████████████ [C] ☒ school of ███████ ✓ _____
[D] ☐ business of _____, [E] ☒ place of employment of ✓ _____
[F] ☐ other _____
– ☐ except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody, visitation or child abuse or neglect proceeding.

[14] ☒   Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]: ███████████████
– ☐ except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody, visitation or child abuse or neglect proceeding.

[02] ☒   Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion or any criminal offense against [specify protected person(s), members of such person's family or household, or person(s) with custody of child(ren)]: ███████████████ _____

[15] ☐   Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]: _____

[11] ☐   Permit [specify individual]: _____ to enter the residence at [specify ]: _____ during [specify date/time]: _____ with [specify law enforcement agency, if any]: _____ to remove personal belongings not in issue in litigation [specify items]: _____;

[04] ☐   Refrain from [indicate acts]: _____ that create an unreasonable risk to the health, safety, or welfare of [specify child(ren), family or household member]: _____;

[05] ☐   Permit [specify individual(s)]: _____, entitled by a court order or separation or other written agreement, to visit with [specify child(ren)]: _____ during the following periods of time [specify]: _____, under the following terms and conditions [specify]: _____;

[12] ☒   Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following _____ and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than [specify date/time]: _____ at: _____.

[ ] ☐   Promptly return or transfer the following identification documents [specify]: _____ to the party protected by this Order NOT LATER THAN [specify date]: _____ in the following manner [specify manner or mode of return or transfer]: _____

UNIFORM SENTENCE & COMMITMENT CR 331 (6/2003)

STATE OF NEW YORK
SUPREME COURT, COUNTY OF QUEENS
PRESENT: HON KRON,B

Court Part: TAP A
Court Reporter: BELMONTEC
Superior Ct. Case #: 02642-2013

The People of the State of New York

–vs–

JONATHAN GOULBOURNE

**Defendant**

| Accusatory Instrument Charge(s) | | Count # | Law/Section & Subdivision |
|---|---|---|---|
| 1 | CPW3 | 8 | PL 265.02(01) |
| 2 | ASLT3 | 9 | PL 120.00(01) |
| 3 | RESARR | 10 | PL 205.30(00) |
| 4 | CPW2 | 3 | PL 265.03(03) |

| Male | 07/19/1978 | | |
|---|---|---|---|
| Sex | DOB | NYSID #: | Criminal Justice Tracking # |

Dates(s) of Offense:  08/09/2013   To

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY  [ ✓ PLEA OR ☐ VERDICT ], THE MOST SERIOUS OFFENSE BEING A  [ ✓ FELONY OR ☐ MISDEMEANOR OR ☐ VIOLATION ], IS HEREBY SENTENCED TO:

| Crime | Count # | Law/Section & Subdivision | SMF,Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate ** | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|
| 1 CPW2 | 1 | PL 265.03(1B) | | | | 3 1/2 yrs (Det) | 2 1/2 yrs | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

**NOTE:** For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].

☐ Counts _____ shall run CONCURRENTLY with each other ☐ Count(s) _____ shall run CONSECUTIVELY to count(s) _____
☐ Sentence imposed herein shall run CONCURRENTLY with _____ and/or CONSECUTIVELY to _____
☐ Sentence imposed herein shall include a CONSECUTIVE _____ term of [ ☐ PROBATION OR ☐ CONDITIONAL DISCHARGE ], with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21]
Conviction includes: WEAPON TYPE: _____ and/or DRUG TYPE: _____
☐ Charged as a JUVENILE OFFENDER- age at time crime committed: _____ years     ☐ Court certified the Defendant a SEX OFFENDER [Cor. L § 168-d]
☐ Adjudicated a YOUTHFUL OFFENDER [CPL § 720.20]     ☐ CASAT ordered [PL § 60.04(6)]
☐ Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91]     ☐ SHOCK INCARCERATION ordered [PL § 60.04(7)]
☐ Re-sentenced as a PROBATION VIOLATOR [CPL § 410.70]

As a: ☐ Second ☐ Second Violent ☐ Second Drug ☐ Second Drug w/prior VFO ☐ Predicate Sex Offender **FELONY**
☐ Predicate Sex Offender w/prior VFO ☐ Second Child Sexual Assault ☐ Persistent ☐ Persistent Violent **OFFENDER**

**Paid  Not Paid  Deferred**  (If deferred, court must file written order [CPL §420.40(5)])     **Paid  Not Paid  Deferred**  (If deferred, court must file written order [CPL §420.40(5)])

| ✓ | | | Mandatory Surcharge | $300.00 | | ✓ | | Crime Victim Assistance Fee | $25.00 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | Fine | $ | | ☐ | | Restitution | $ |
| ☐ | | | DNA Fee | $50.00 | | ☐ | | Sex Offender Registration Fee | $ |
| ☐ | | | DWI/Other | $ | | ☐ | | Supplemental Sex Off. Victim Fee | $ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

✓ NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of the NYSDOCS, (New York City Department of Corrections) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

☐ NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of NYSDOCS, the defendant shall remain in the custody of the NYSDOCS.

☐ NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.

☐ _____ County Jail/Correctional Facility

| | Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as indicated: |
|---|---|
| | Official Name |
| | Shield No. |

TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.
REMARKS:  violent felony. override granted

Pre-Sentence Investigation Report  Attached:  ✓ Yes  ☐ No
Order of Protection  Issued:  ☐ Yes  ✓ No
Order of Protection  Attached:  ☐ Yes  ✓ No     ☐ Amended Commitment:  Original Sentence Date: _____

| 11/17/14 | A. PHEFFER | by: _____ | | SCC |
|---|---|---|---|---|
| Date | Clerk of the Court | | Signature | Title |

THE CITY OF NEW YORK DEPARTMENT OF CORRECTION

```
01-DEC-14 15:27:39          JAIL TIME CERTIFICATION              PAGE    1
NYSID: ████████            Docket #:              Indictment #:   02642/2013
Name: GOULBOURNE, JONATHAN
Controlling City Sentence Time:?0000       Calculated Jail Time : 0480
                                         + Additional Jail Time : 0000
                                         - Excess Jail  Time     : 0000
                                                                  ----
                                           Total Jail Time       : 0480
```

All Department of Correction procedures were followed in preparing the certification.

```
        Jail Time Certified by_____      Facility: AMKC
=================================================================================
          Associated        Arrest     Discharge    Last  Start City
BR&CS    Docket   Indictment  Date      Date      Code Hous Sent Date Sent #   # Days
---------------------------------------------------------------------------------
9801300736 2013QN044328 02642/2013 09-AUG-13           AMKC                   0480
```

████████