# SHER TREMONTE LLP

June 12, 2024

**VIA ECF AND EMAIL**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Marcus Ricketts, et al.*,
            Case No. 22-CR-106 (LDH)

Dear Judge DeArcy Hall:

     I represent Jonathan Goulbourne in the above-referenced matter. I am in receipt of the Court's scheduling order setting July 26, 2024 as the date for the evidentiary hearing regarding Mr. Goulbourne's treatment at the MDC. Unfortunately, I am scheduled to be out of town that week. Accordingly, I respectfully request that the Court reschedule the evidentiary hearing to any date that is convenient for Your Honor during the weeks of July 29, August 5, or August 12. I appreciate the Court's consideration.

                               Respectfully submitted,

                                 /s/ *Noam Biale*
                               Noam Biale

                               *Attorney for Jonathan Goulbourne*

cc:    All counsel (by ECF)