

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TBM/CWE/RMS                             *271 Cadman Plaza East*
F. #2021R01073                          *Brooklyn, New York 11201*

June 13, 2024

<u>By ECF and Email</u>
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:     United States v. Jonathan Goulbourne
                        <u>Criminal Docket No. 22-106 (LDH)</u>

Dear Judge DeArcy Hall:

                The government respectfully writes in connection with the defendant Jonathan
Goulbourne's sentencing, scheduled for June 14, 2024 at 12:30 p.m., to advise the Court that a
<u>Fatico</u> hearing is no longer required.

                The defendant previously objected to paragraph 4 of the Presentence Report
("PSR"), which provides that the defendant drew a gun on the victim of the July 6, 2020 robbery.
By letter dated June 11, 2024, the defendant advised "to the extent the Court agrees that it is
necessary to resolve this factual issue, we will withdraw our objection."  ECF No. 365.  By email
dated June 13, 2024 to Your Honor's deputy, defense counsel reiterated: "I can confirm that we
are electing not to pursue the objection."  Accordingly, a <u>Fatico</u> hearing is no longer required.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                        By:     /s/  Tara McGrath
                                Tara McGrath
                                Chand Edwards-Balfour
                                Rebecca Schuman
                                Assistant U.S. Attorneys
                                (718) 254-7000

cc:     Clerk of Court (LDH) (by email)
        Noam Biale, Esq. (by email)
        U.S. Probation (by email)