# UNITED STATES DISTRICT COURT
## Eastern District of New York

_____X

UNITED STATES OF AMERICA

Plaintiff(s),

**NOTICE OF APPEAL**

22 CR 106 ( 004 ) ( LDH )

-against-

Jonathan Goulbourne

Defendant(s).

_____X

Jonathan Goulbourne _____ (*name all parties taking the appeal*)*

appeal to the United States Court of Appeals for the Second Circuit from the **order** Judgment of Conviction and Sentence _____ (*describe the order*)

entered on July 11, 2024 _____ (*state the date that the order was entered*).

**Signature** /s/ Noam Biale
**Name** Noam Biale, Esq.
**Prison ID** N/A
**Address** 90 Broad St., 23rd Floor
New York, NY 10004

**Phone** 212-202-2600
**Email** nbiale@shertremonte.com

{Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. (4)(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.}

*See Rule 3(c) of the Federal Rules of Appellate Procedure for permissible ways of identifying appellants.