

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TBM/CWE
F. #2021R01073

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 7, 2025

By ECF and Email
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Marcus Ricketts
     Criminal Docket No. 22-106 (LDH)

Dear Judge DeArcy Hall:

  The government respectfully requests that the Court briefly adjourn the defendant Marcus Ricketts's sentencing, currently scheduled for February 11, 2025 at 11:00 a.m., until March 7, 2025, so that the decedent's mother may attend. The decedent's mother is out of state in February 2025, and hopes to be present at the defendant's sentencing for causing the death of her son through the use of a firearm. The defendant has no objection and provided:

> Defense counsel does not object to the requested adjournment. Mr. Ricketts understands that given the serious nature of the charges, upon his sentencing he will have a significant portion of his custodial sentence left to serve. Nonetheless, given the deplorable conditions at the Metropolitan Detention Center Mr. Ricketts is anxious to move forward to sentencing and to his designated facility. Thus, we respectfully request that sentencing be rescheduled for March 7, or March 11 through March 14

         Respectfully submitted,

         BREON PEACE
         United States Attorney

    By: /s/ Tara McGrath
       Tara McGrath
       Chand Edwards-Balfour
       Assistant U.S. Attorneys
       (718) 254-7000

cc: Clerk of Court (LDH) (by email)
   Counsel of Record (by email)
   U.S. Probation (by email)