Elizabeth Wolstein
Partner

212 612-0688
ewolstein@schlamstone.com

SCHLAM STONE & DOLAN LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

January 6, 2026

BY ECF FILING
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re: *U.S. v. Goulbourne*, 22-cr-106 (LDH)

Dear Judge DeArcy Hall:

This firm represents non-party Marilyn Garcia, a nurse at the Metropolitan Detention Center Brooklyn (the "MDC") who appeared at the January 13, 2025 evidentiary hearing conducted to investigate aspects of Jonathan Goulbourne's medical care at the MDC. I write respectfully on behalf of Ms. Garcia and two additional non-parties who appeared at the January 13, 2025 hearing, Dr. Bruce Bialor, and Blake Glucksnis (collectively, the "Non-Parties"), in response to the January 2, 2026 letter to the Court from counsel for Mr. Goulbourne (ECF No. 497).

Counsel's letter requests that the Court issue findings of fact because his client "is anxious for resolution of this matter." The Non-Parties submit this letter to bring to the Court's attention their letter brief filed April 1, 2025 (ECF No. 431) explaining why the Court lacks ancillary jurisdiction to conduct these proceedings. For the Court's convenience a copy of the Non-Parties' letter brief (with its two exhibits) is attached as Exhibit A. Mr. Goulbourne did not make a responsive submission.

Respectfully,

/s/ Elizabeth Wolstein
Elizabeth Wolstein
*Counsel for Non-Party Marilyn Garcia, R.N.*

Heidi A. Wendel
*Counsel for Non-Party Dr. Bruce Bialor*

Nicholas Kaizer
*Counsel for Non-Party Blake Glucksnis*

cc: All counsel of record (by ECF filing)