

**Post Polak, P.A.**
*Celebrating 50 Years of Service*
425 EAGLE ROCK AVENUE, SUITE 200
ROSELAND, NEW JERSEY 07068-1717
973-228-9900
FAX 973-994-1705
www.postpolak.com

Matthew J. Mailloux
Counsel

mmailloux@postpolak.com
973-228-9900, Ext. 264

January 20, 2026

**VIA ECF**
The Honorable LaShann DeArcy Hall
United States District Judge, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **RE:** *United States v. Ricketts, et al.*, Case No. 22-CR-106(LDH)

Dear Judge DeArcy Hall:

     I am writing on my own behalf to provide my understanding of the representation status of the Federal Government for the proceedings concerning medical care provided to Jonathan Goulbourne while at the Metropolitan Detention Center ("MDC").

     As Your Honor is aware, I formerly served as an Assistant United States Attorney ("AUSA") for the Eastern District of New York ("EDNY") and the District of New Jersey ("DNJ"). While at DNJ, I represented the Federal Government in this matter as a Special Attorney because AUSAs from EDNY were conflicted from representing the Federal Government. *See* Ltr. From Mailloux, ECF No. 386. In September 2025, I left the United States Attorney's Office for private practice. All of my assigned matters, including this one, were to be reassigned to other AUSAs and I am no longer authorized to represent the Federal Government in this matter. Because no new AUSA has entered a notice of appearance on behalf of the Federal Government, I promptly forwarded the recent filings (ECF Nos. 497, 498) to the appropriate supervisors in the DNJ United States Attorney's Office. I understand the matter was reassigned within that Office, however, approval is needed from the Department of Justice's Executive Office of United States Attorneys to designate an AUSA as a Special Attorney. Should additional filings occur, I will forward them by email and expect that an AUSA from DNJ will enter a notice of appearance soon. Additionally, counsel in this matter has been in contact with AUSAs from DNJ who are aware of this matter.

     Should Your Honor have any questions or concerns, I can be available at Your Honor's convenience.

                           Respectfully,

                           POST POLAK, P.A.

                         */s/ Mattthew J. Mailloux*
                         Matthew J. Mailloux