UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MARCUS RICKETTS,<br>also known as "Darnell Dogan"<br>and "Blaise,"<br>MARK GOULBOURNE,<br>also known as "Short Man,"<br>JUVANIE CROSSGILL,<br>JONATHAN GOULBOURNE,<br>also known as "Bobcat,"<br>ROMEO DESMOND JONAS,<br>also known as "Tee,"<br>AMARI WEBBER,<br>also known as "Smooth," and<br>CHEVONNE WILLIAMS,<br>Also known as "Chevy,"<br><br>Defendants. | HON. LASHANN DEARCY HALL<br><br>No. 1:22-cr-106<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney, acting as Special Attorney under authority conferred by 28 U.S.C. § 515, hereby appears as counsel of record for the Federal Bureau of Prisons' Metropolitan Detention Center. Service of all notices in this case should be made upon:

David Inkeles
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, New Jersey 07102
david.inkeles@usdoj.gov
Special Attorney, *Acting Under Authority Conferred by 28 U.S.C. § 515*

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney

By:   *s/David Inkeles*
DAVID INKELES
Assistant United States Attorney
Special Attorney,
*Acting Under Authority Conferred by*
*28 U.S.C. § 515*

Dated: January 28, 2026